| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Clark Garen, SBN 50564 <br> Rachel Zwernemann, SBN 286515 <br> LAW OFFICES OF CLARK GAREN <br> (Salaried Employees of Professional Collection Consultants) <br> 6700 S. Centinela Ave., Third Floor <br> Culver City, CA 90230 <br> Tel: 310-391-0800, Fax: 310-636-4771 <br> Cell Phone: 760-668-7777 | |
| ATTORNEY(S) FOR: Defendant and Counter-Claimant, PCC | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WESTERN WORLD INSURANCE COMPANY | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:15-cv-02342 MWF VBKx |
| v. | |
| PROFESSIONAL COLLECTION CONSULTANTS | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Professional Collection Consultants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Western World Insurance Company | Plaintiff and Counter-Claim Defendant |
| Professional Collection Consultants | Defendant and Counter-Claimant |
| Gregory Hudson | Plaintiff in Los Angeles County Superior Court, Case No. 570780 |

| April 17, 2015 | /s/ Clark Garen |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Def. & Counter-Claimant, Professional Collection Consultants