JUDGE MICHAEL W. FITZGERALD
SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

| Case No. | 2:15-cv-02342 MWF (VBKx) |
| --- | --- |
| Case Name | Western World Insurance Company v. Professional Collection Consultants |

| Matter | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
| --- | --- | --- | --- |
| [X] Jury Trial  or  [ ] Court Trial **(Tuesday at 8:30 a.m.)**  Duration Estimate: __6__ Days | 5/17/16 | | |
| Final Pretrial Conference [LR 16] and Hearing on Motions *In Limine* **(Monday at 11:00 a.m. -- three (3) weeks before trial date)**  Motions *In Limine* must be filed **three (3) weeks** before this date; oppositions are due **two (2) weeks** before this date; no reply briefs. | 4/26/16 | | |

| Event | Weeks Before Trial | Plaintiff(s)' Date mo / day / year | Defendant(s)' Date mo / day / year | Court Order |
| --- | --- | --- | --- | --- |
| Last Date to Hear Motion to Amend Pleadings / Add Parties | | | | |
| Non-Expert Discovery Cut-Off (at least 4 weeks before last date to hear motions) | 18 | 1/12/16 | | |
| Expert Disclosure (Initial) | | 12/7/15 | | |
| Expert Disclosure (Rebuttal) | | 1/4/16 | | |
| Expert Discovery Cut-Off | 14 * | 2/9/16 | | |
| Last Date to *Hear* Motions (Monday at 10:00 a.m.) | 14 | 2/8/16 | | |
| Last Date to Conduct Settlement Conference | 12 | 2/23/16 | | |
| For Jury Trial<br>♦ File Memorandum of Contentions of Fact and Law, LR 16-4<br>♦ File Exhibit and Witness Lists, LR 16-5.6<br>♦ File Status Report Regarding Settlement<br>♦ File Motions *In Limine* | 6 | 4/5/16 | | |
| For Jury Trial<br>♦ Lodge Pretrial Conference Order, LR 16-7<br>♦ File Agreed Set of Jury Instructions and Verdict Forms<br>♦ File Statement Regarding Disputed Instructions, Verdicts, etc.<br>♦ File Oppositions to Motions *In LImine* | 5 | 4/12/16 | | |
| For Court Trial<br>♦ Lodge Findings of Fact and Conclusions of Law, LR 52, and Summaries of Direct Testimony | 3 | | | |

* The parties may choose to cut off expert discovery prior to MSJ briefing.

ADR [LR 16-15] Selection:

☐ Attorney Settlement Officer Panel    ☐ Private Mediation    ☐ Magistrate Judge (with Court approval)

**EXHIBIT A**