CLARK GAREN, SBN 50564
E-mail:     clarkgaren@msn.com
RACHEL ZWERNEMANN, SBN 286515
E-mail:     rzwernemann@pcc-crs.com
LAW OFFICES OF CLARK GAREN
(Salaried Employees of Professional
Collection Consultants)
6700 South Centinela Avenue, Third Floor
Culver City, CA 90230
Tel: (310) 391-0800, Fax: (310) 636-4771
Cell Phone: (760) 668-7777

Attorneys for Defendant and Counter-Claimant,
Professional Collection Consultants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| WESTERN WORLD INSURANCE COMPANY, | ) CASE NO.: 2:15-cv-02342 MWF-VBKx |
|---|---|
| Plaintiff, | ) **NOTICE OF ASSOCIATION OF ATTORNEYS** |
| -vs- | ) |
| PROFESSIONAL COLLECTION CONSULTANTS, | ) |
| Defendant. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant PROFESSIONAL COLLECTION CONSULTANTS has associated DAVID W. WIECHERT, California State Bar Number 94607, the DAVID W. WIECHERT, 115 AVENIDA MIRAMAR, SAN CLEMENTE, CALIFORNIA 92672, (949) 361-2822, FAX: (949) 496-6753 as one of its Attorneys of Record in the above-entitled matter.

Dated: February 1, 2016     LAW OFFICES OF CLARK GAREN

BY

Clark Garen
CLARK GAREN,
ATTORNEY FOR DEFENDANT

- 1 -

CERTIFICATE OF SERVICE

I certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California, Western Division by using the CM/ECF system.

I further certify that all of the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Clark Garen
CLARK GAREN

- 2 -