1  James L. Wraith, State Bar No. 112234
   E-mail:     jwraith@selvinwraith.com
2  David A. Evans, State Bar No. 181854
   E-mail:     devans@selvinwraith.com
3  SELVIN WRAITH HALMAN LLP
   505 14th Street, Suite 1200
4  Oakland, CA 94612
5  Telephone:  (510) 874-1811
   Facsimile:  (510) 465-8976
6
7  Attorneys for Plaintiff
   Western World Insurance Company
8
9              IN THE UNITED STATES DISTRICT COURT
10       FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
11

| 12 | WESTERN WORLD INSURANCE COMPANY, | CASE NO. 2:15-cv-02342 MWF (VBKx) |
|---|---|---|
| 13 | | **NOTICE OF LODGING OF AUTHORITIES IN SUPPORT OF WESTERN WORLD INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | PROFESSIONAL COLLECTION CONSULTANTS, | |
| 17 | | Date:   March 21, 2016<br>Time:   10:00 a.m.<br>Ctrm.:  1600<br>Judge:  Hon. Michael W. Fitzgerald |
| 18 | Defendant. | |
| 19 | | |
| 20 | | Trial Date:  November 15, 2016<br>Complaint Filed:  March 30, 2015 |
| 21 | | |

22    For the convenience of the Court, Plaintiff Western World Insurance Company
23 hereby lodges copies of the following unpublished cases in support of Western
24 World's Motion for Summary Judgment:
25    A.   *Upper Deck Co. v. Endurance Am. Specialty Ins. Co.*, 2011 WL 6396413
26 (S.D. Cal. Dec. 15, 2011).
27    B.   *Weddington v. United Nat'l Ins. Co.*, 2009 WL 3028237 (9th Cir. Sept. 23,
28 2009).

1

**NOTICE OF LODGING**                           **CASE NO. 2:15-cv-02342 MWF (VBKx)**

C. *Zurich American Ins. C. v. Expedient Title, Inc.*, 2015 WL 9165875 (D.Conn. Dec. 16, 2015).

D. *Low v. Golden Eagle Ins. Co.*, 2002 WL 99556 (Cal. Ct. App. Jan. 25, 2002).

Dated: February 19, 2016                SELVIN WRAITH HALMAN LLP

By:  /s/ David A. Evans
     James L. Wraith
     David A. Evans
     Attorneys for Plaintiff
     Western World Insurance Company

191006

2
**NOTICE OF LODGING**                **CASE NO. 2:15-cv-02342 MWF (VBKx)**