James L. Wraith, State Bar No. 112234
E-mail: jwraith@selvinwraith.com
David A. Evans, State Bar No. 181854
E-mail: devans@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976

Attorneys for Plaintiff
Western World Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PROFESSIONAL COLLECTION CONSULTANTS,<br><br>    Defendant. | CASE NO. 2:15-cv-02342 MWF (VBKx)<br><br>**DECLARATION OF GREGG C. RENTKO IN SUPPORT OF WESTERN WORLD INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      March 21, 2016<br>Time:     10:00 a.m.<br>Ctrm.:    1600<br>Judge:   Hon. Michael W. Fitzgerald<br><br>Trial Date:  November 15, 2016<br>Complaint Filed: March 30, 2015 |

I, Gregg C. Rentko, declare:

  1.   The matters stated in this declaration are known to me personally, and if called and sworn as a witness, I could and would competently testify thereto.

  2.   I am employed by Western World Insurance Company ("Western World") as Second Vice President in the Professional Lines department in the underwriting division. I am the senior underwriting officer for professional lines

1 policies. I had ultimate responsibility for the decision to issue Western World policy
2 no. BRL8000034t o PCC.

3     3.     Attached hereto as Exhibit A is a true and correct copy of Western World Policy No. BRL8000034 issued to Professional Collection Consultants.

5     4.     Attached hereto as Exhibit B is a true and correct copy of the application materials submitted by PCC on February 7, 2014. Among those documents is the attestation by PCC President Todd Shields that PCC did not have a basis to believe that any wrongful act, event, matter, fact, circumstance, situation, or transaction, might reasonably be expected to result in or be the basis of a future claim.

10     5.     On February 17, 2014, based upon the responses in the application materials (Exhibit B), Western World issued policy number BRL8000034 to PCC to take effect from February 17, 2014 to February 17, 2015 (Exhibit A).

13     6.     The Western World Policy provides: "in consideration of the payment of the premium and reliance upon the statements made in information furnished to us as part of the 'application', and subject to all the provisions of this policy, we agree to provide insurance described in this Coverage Form and its applicable endorsements."

17     7.     The Western World Policy also includes a "Reliance Upon Another's Application Endorsement," form DEL88 (10/11), which provides:

> 8.     Representations:
>
> Any and all references to an "application" in this policy will include the application or proposal described below. <u>We have relied upon all statements</u>, representations and other information and documents contained in or submitted with the other application or proposal <u>as if they were submitted directly to us using our own "application" form</u>.
>
> Type of Application/Proposal: EPack Extra
>
> Carrier: CNA
>
> Date Signed: 2/7/2014

27     8.     At no time before the issuance of the Western World Policy did PCC or

2

**RENTKO DECLARATION IN SUPPORT OF WESTERN WORLD'S MOTION FOR SUMMARY JUDGMENT     CASE NO. 2:15-cv-02342 MWF (VBKx)**

its representatives disclose to Western World that PCC was subject to a federal criminal investigation, including the execution of a search warrant by the FBI and subpoenas to testify before a federal grand jury, concerning PCC's debt collection practices.

9. Also at no time before the issuance of the Western World Policy did PCC or its representatives disclose to Western World that its employees asserted whistleblower claims pertaining to the federal criminal investigation and PCC's debt collection practices.

10. An insured's knowledge of claims pending against it or circumstances that could give rise to a claim against it is a critical consideration in Western World's decision to write this coverage, and Western World would not have issued the policy to PCC had it known of the ongoing federal criminal investigation and whistleblower claims against PCC.

11. Because of PCC's misrepresentation in connection with the application, Western World notified PCC of its intention to rescind the policy and return PCC's premium, as stated in the complaint filed by Western World in this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2016, at Franklin Lakes, New Jersey.

By: *(signature)*
Gregg C. Rentko

188993