James L. Wraith, State Bar No. 112234
E-mail: jwraith@selvinwraith.com
David A. Evans, State Bar No. 181854
E-mail: devans@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976

Attorneys for Plaintiff
Western World Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PROFESSIONAL COLLECTION CONSULTANTS,<br><br>    Defendant. | CASE NO. 2:15-cv-02342 MWF (VBKx)<br><br>**DECLARATION OF DAVID A. EVANS IN SUPPORT OF WESTERN WORLD INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 21, 2016<br>Time: 10:00 a.m.<br>Ctrm.: 1600<br>Judge: Hon. Michael W. Fitzgerald<br><br>Trial Date: November 15, 2016<br>Complaint Filed: March 30, 2015 |

I, David A. Evans, declare,

1. I am an attorney licensed to practice before all courts in the State of California and the United States District Court for the Central District of California, and am a partner with the law firm of Selvin Wraith Halman LLP, counsel of record for Plaintiff Western World Insurance Company ("Western World"). The following is based on my personal knowledge and if called as a witness, I could and would testify competently thereto.

1

**DECLARATION OF DAVID A. EVANS CASE NO. 2:15-cv-02342 MWF (VBKx)**

2. A true and correct copy of a Search and Seizure Warrant issued August 23, 2013 to Professional Collection Consultants ("PCC"), as produced by Defendant Professional Collection Consultants in this action, is attached hereto as Exhibit "A."

3. A true and correct copy of a Federal Grand Jury Subpoena issued September 25, 2013 to PCC, as produced by Defendant PCC in this action, is attached hereto as Exhibit "B."

4. A true and correct copy of a Federal Grand Jury Subpoena issued October 15, 2013 to PCC, as produced by Defendant PCC in this action, is attached hereto as Exhibit "C."

5. A true and correct copy of a Federal Grand Jury Subpoena issued November 26, 2013 to PCC, as produced by Defendant PCC in this action, is attached hereto as Exhibit "D."

6. A true and correct copy of relevant excerpts of PCC's "Responses to Western World Insurance Company's Request for Production of Professional Collection Consultants, Set No. One" is attached hereto as Exhibit "E."

7. A true and correct copy of relevant excerpts of PCC's "Responses to Western World Insurance Company's Interrogatories to Professional Collection Consultants, Set No. One" is attached hereto as Exhibit "F."

8. A true and correct copy of PCC's "Responses to Western World Insurance Company's Request for Admissions to Professional Collection Consultants, Set No. One" is attached hereto as Exhibit "G."

9. A true and correct copy of relevant excerpts of the deposition of PCC's Person Most Knowledgeable (Clark Garen) is attached hereto as Exhibit "H."

10. A true and correct copy of correspondence from Lou Riverso to Todd Shields dated August 7, 2014 is attached hereto as Exhibit "I."

11. A true and correct copy of correspondence from Steven N. Joseph to Todd Shields dated January 9, 2015 is attached hereto as Exhibit "J."

12. A true and correct copy of correspondence from Steven N. Joseph to

1  Clark McGarin dated January 28, 2015 is attached hereto as Exhibit "K."

2      13.    A true and correct copy of PCC's "Rule 26 Disclosures by Defendant
3  Professional Collection Consultants" and correspondence from Beblen Pole to the
4  EDD Unemployment Office dated April 1, 2014 produced pursuant to PCC's Rule 26
5  Disclosures is attached hereto as Exhibit "L."

6      14.    A true and correct copy of an email from Lisa McCann to Todd Shields
7  dated June 17, 2014 produced pursuant to PCC's Rule 26 Disclosures is attached
8  hereto as Exhibit "M."

9      15.    A true and correct copy of an email communications between David A.
10 Evans and Clark Garen dated February 1, 2016 is attached hereto as Exhibit "N."

11     16.    On January 25, 2016, pursuant to Local Rule 7-3, I met and conferred
12 telephonically with counsel for Defendant, Clark Garen, advising Mr. Garen of
13 Western World's intention to file a motion for summary judgment in this matter.  We
14 did not reach a resolution which eliminated the necessity for a hearing.

15 I declare under penalty of perjury under the laws of the United States of
16 America that the foregoing is true and correct.  Executed February 19, 2016, at
17 Oakland, California.

19                                              By:  ___/s/ David A. Evans_____
                                                     David A. Evans
20 191048