AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | Case No.   13 - 2339M |
| *or identify the person by name and address)* | ) | |
| Professional Collection Consultants, Inc. | ) | |
| 6700 S. Centinela Avenue | ) | |
| Culver City, CA  90230 | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Central _____ District of _____ California _____
*(Identify the person or describe the property to be searched and give its location):*

   See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

   See Attachment B and Exhibit 1.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    14 days from the date of its issuance
                                                                                                           *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
                                   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____

Date and time issued:    8/23/13 @ 12:16 p.m.                         *Margaret A. Nagle*
                                                                                                           *Judge's signature*

City and state:    Los Angeles, California                         Hon. Margaret A. Nagle, U.S. Magistrate Judge
                                                                                                           *Printed name and title*

AUSA: Elise Fernandez

EXHIBIT 3

WW 000089

*AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes. If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: _____

_____
Executing officer's signature

_____
Printed name and title

AUSA: Elisa Fernandez

WW 000090

DAE DEC - EXHIBIT A
Page 000005

ATTACHMENT A

DESCRIPTION OF PREMISES TO BE SEARCHED

SUBJECT PREMISES

The SUBJECT PREMISES is the business office of Professional Collection Consultants, Inc. ("PCC") which is located at 6700 S. Centinela Avenue, Culver City, California 90230.

The SUBJECT PREMISES is further described as a gray-colored, three-story office building located at the corner of S. Centinela Avenue and Jefferson Boulevard with tinted windows. The letters "PCC" appear on the west wall of the third floor and the letter "PCC" and numbers "6700" on the south wall. The SUBJECT PREMISES occupies the northern portion of the first floor and the second and third floors in their entirety. The main entrance to the SUBJECT PREMISES is located on south Centinela Avenue. Two glass doors lead to an elevator bank with an entry sign that reads: "Welcome to PROFESSIONAL COLLECTION CONSULTANTS & THE BEST SERVICES COMPANY."

i

WW 000091

DAE DEC - EXHIBIT A
Page 000006

## ATTACHMENT B

### ITEMS TO BE SEIZED FROM SUBJECT PREMISES

1.   The items to be seized consist of evidence of violations of Title 18, United States Code, Section 371 (Conspiracy), Title 18, United States Code, Section 666 (Theft or Bribery Concerning Programs Receiving Federal Funds) and Title 18, United States Code, Section 1343 (Wire Fraud).

2.   The items to be seized from the SUBJECT PREMISES consist of any and all documents from the period of September 2, 2010 through the present:

    a.   Telephone bills and statements, facsimile bills and statements, document attachments, transaction records, facsimiles, voice mails, emails and email attachments that refer and relate to RingCentral account number (877) 632-3969.

    b.   Telephone bills and statements, facsimile bills and statements, document attachments, transaction records, fac... iles, document attachments, voice r :ils, .ails and email attachments which refer and relate to a RingCentral account(s) in the name of "Mike Flower."

    c.   Telephone bills and statements, facsimile bills and statements, document attachments, transaction records, facsimiles, attachments, voice mails, emails and email attachments that refer and relate to a RingCentral account(s) in the name of "Kelvin Okundaye."

II

WW 000092

DAE DEC - EXHIBIT A
Page 000007

      d.   Facsimiles, lists, document attachments, notes, notes, activity logs and transaction records that refer and relate to telephone/facsimile number (602) 771-8000.

      e.   Lists, attachments, notes, text messages, activity logs and transaction records that refer and relate to cellular telephone (602) 434-9383.

      f.   Any and all documents that refer and relate to GUIDE printouts, records, reports and screen shots.

      g.   Any and all documents that refer and relate to e-mail and or email attachment exchanges between LGNelson7419@yahoo.com and s.mflowers@yahoo.com.

      h.   Any and all correspondence, including emails and email attachments, between Professional Collection Consultants, Inc. ("PCC") and "Leslie Nelson," "Leslie G. Nelson," "Les Nelson," or "Les."

      i.   Notes, telephone/facsimile bills, facsimiles, GUIDE printouts, wage reports, lists of social security numbers, emails, diaries, calendars and address books that refer and relate to communications with "Michael S. Flowers," "Michael Flowers," "Mike Flowers," "Michael Flower," or "Mike."

      j.   Notes, telephone/facsimile bills, facsimiles, GUIDE printouts, wage reports, lists of social security numbers, emails, diaries, calendars and address books that refer and

WW 000093

DAE DEC - EXHIBIT A
Page 000008

relate to communications with "Leslie Nelson," "Leslie G. Nelson," "Les Nelson," or "Les."

    k.   Notes, telephone/facsimile bills, facsimiles, GUIDE printouts, wage reports, lists of social security numbers, document attachments, emails, email attachments, diaries, calendars and address books that refer and relate to communications with "Kelvin" or "Kelvin Okundaye."

    l.   Any and all documents that refer and relate to the names or social security numbers listed in Exhibit 1.

    m.   Any and all documents that refer and relate to debt collection notes and records referencing "Les" or "Les Nelson."

    n.   Financial transaction records, bank records, cash deposit records, ledgers, letters of credit, pay orders, contracts, records of wire transfers, cancelled checks, check registers, check stubs, cash disbursement records, petty cash registers, accounts payable and other records that refer and relate to the disbursement of funds or payments made to "Leslie G. Nelson," "Leslie Nelson," "Les Nelson," or "Les."

    o.   Financial transaction records, bank records, cash deposit records, ledgers, letters of credit, pay orders, contracts, records of wire transfers, cancelled checks, check registers, check stubs, cash disbursement records, petty cash registers, accounts payable and other records that refer and

WW 000094

DAE DEC - EXHIBIT A
Page 000009

relate to the disbursement of funds or payments sent by "Michael S. Flowers," "Michael Flowers," "Mike Flowers," "Michael Flower," or "Mike."

p.    Cash payments, cash deposits, wire transfers, payments, ledgers or receipts, correspondence, notes that refer or relate to the exchange of wage information for monetary compensation.

q.    Any and all documents that refer and relate to JPMorgan Chase Bank account number xxxx-86862 or "Les Nelson."

r.    Any and all documents that refer and relate to debt records referencing Professional Collection Consultants, Inc. ("PCC") employee pin "MSF."

s.    Any and all documents that refer and relate to wage garnishments referencing Professional Collection Consultants, Inc. ("PCC") employee pin "MSF."

t.    Any and all documents that refer and relate to salary, commissions, bonuses or payments related c Professional Collection Consultants, Inc. ("PCC") employee pin "MSF."

u.    Any and all documents that refer and relate to debt records referencing The Best Services Holding Company, also known as ("aka") TBSC Holding Company, and pin "MSF."

v.    Any and all documents that refer and relate to wage garnishments referencing The Best Services Holding Company, aka TBSC Holding Company, and pin "MSF."

v

WW 000095

DAE DEC - EXHIBIT A
Page 000010

w.   Any and all documents that refer and relate to salary, commissions, bonuses or payments related to Best Services Holding Company and pin "MSF."

x.   Any and all documents that refer and relate to debt records referencing Professional Collection Consultants, Inc. ("PCC") desk sharing pin commencing with the letter "F," e.g., pin "F**."

y.   Any and all documents that refer and relate to debt records referencing The Best Services Holding Company, aka TBSC Holding Company, desk sharing pin commencing with the letter "F," e.g., pin "F**."

z.   Any and all documents that refer and relate to salary, commissions, bonuses or payments related to Professional Collection Consultants, Inc. ("PCC") desk sharing pin commencing with the letter "F," e.g., pin "F**."

aa.   Any and all documents that refer and relate to salary, commissions, bonuses or payments related to The Best Services Holding Company, aka TBSC Holding Company, desk sharing pin commencing with the letter "F," e.g., pin "F**."

bb.   Any and all documents that refer and relate to salary, commissions, bonuses or payments made to "Michael S. Flowers" or "Michael Flowers."

cc.   Cellular telephones, including Sprint cellular telephone number (323) 791-3966, used to facilitate the above-

vi

WW 000096

DAE DEC - EXHIBIT A
Page 000011

listed violations and located within the third-floor Professional Collection Consultants, Inc. ("PCC") office used by "Michael S. Flowers," "Michael Flowers," "Mike Flowers," "Michael Flower," or "Mike."

     dd.  Any digital device, including a hard drive(s), used to facilitate the above-listed violations and located within the third-floor Professional Collection Consultants, Inc. ("PCC") office used by "Michael S. Flowers," "Michael Flowers," "Mike Flowers," "Michael Flower," or "Mike."

     ee.  The server(s) servicing Professional Collection Consultants, Inc. ("PCC") and The Best Holding Services The Best Services Holding Company, also known as ("aka") TBSC Holding Company.

     ff.  Any digital device used to facilitate the above-listed violations and forensic copies thereof.

     gg.  With respect to any digital device containing evidence falling within the scope of the foregoing search categories, records, documents, programs, applications or materials, or evidence of the absence of the same, sufficient to show the actual user(s) of the digital device during the time period between September 2, 2010 and the present.

    3.  As used herein, the phrase "any and all documents" refers to and includes, but is not limited, records, notes,

vii

WW 000097

DAE DEC - EXHIBIT A
Page 000012

copies, facsimiles, text messages, e-mails, GUIDE screenshots and quarterly wage reports.

4.   As used herein, the terms "records," "documents," "programs," "applications," and "materials" include records, documents, programs, applications, and materials created, modified, or stored in any form, including in digital form on any digital device and any forensic copies thereof.

5.   As used herein, the term "digital device" includes any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop, laptop, notebook, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smart phones; digital cameras; peripheral input/output devices, such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media, such as hard disk drives, floppy disks, memory cards, optical disks, and magnetic tapes used to store digital data (excluding analog tapes such as VHS); and security devices.

II.   **SEARCH PROCEDURE FOR DIGITAL DEVICES (USE OF FILTER TEAM)**

6.   In searching digital devices or forensic copies thereof, law enforcement personnel executing this search warrant will employ the following procedure:

viii

WW 000098

DAE DEC - EXHIBIT A
Page 000013

    a.   The physical search of the premises will be conducted by law enforcement agents who are investigating the crimes described in the affidavit (the "investigative team"). Upon securing the premises, the investigative team will, if it can do so without reviewing data contained on any digital device, seek to determine if the device contains data falling within the scope of the items to be seized. If, without reviewing data contained thereon, the investigative team can determine that a device contains data falling within the scope of the items to be seized, that device will be seized. In attempting to determine whether any digital device contains data falling within the scope of the items to be seized, the investigative team will not review any data thereon or any indexes or summaries thereof.

    b.   If the investigative team concludes that it cannot make the determination that a digital device contains data falling within the scope of the items to be seized without reviewing data contained on the device, the investigative team will consult with law enforcement personnel and/or others aiding law enforcement personnel and acting at their direction who are not involved in the investigation of the crimes described in the affidavit (the "filter team"). The filter team will include law enforcement personnel and/or others aiding law enforcement personnel and acting at their direction; at least one member

ix

WW 000099

DAE DEC - EXHIBIT A
Page 000014

will be specially trained in searching, seizing, and segregating digital data. The filter team will be consulted (either on-site or off-site) and will, in its discretion, either search the digital device on-site or seize and transport the device to an appropriate law enforcement laboratory or similar facility to be searched at that location.

   c.   Following a seizure of any digital device(s) pursuant to subparagraphs a or b above, the filter team will conduct the search of such device(s) by using search protocols specifically chosen to identify only the specific items to be seized under this warrant.

      i.   The filter team may subject all of the data contained in each digital device capable of containing any of the items to be seized to the search protocols to determine whether the device and any data thereon falls within the list of items to be seized. The filter team may also search for and attempt to recover deleted, "hidden," or encrypted data to determine, pursuant to the search protocols, whether the data falls within the list of items to be seized.

      ii.   The filter team may use tools to exclude normal operating system files and standard third-party software that do not need to be searched.

   d.   When searching a digital device pursuant to the specific search protocols selected, the filter team shall make

x

and retain notes regarding how the search was conducted pursuant to the selected protocols.

e.  If the filter team, while searching a digital device, encounters immediately apparent contraband or other evidence of a crime outside the scope of the items to be seized, the team shall immediately discontinue its search of that device pending further order of the Court and shall make and retain notes detailing how the contraband or other evidence of a crime was encountered, including how it was immediately apparent contraband or evidence of a crime.

f.  The filter team will not disclose to the investigative team, or any Assistant United States Attorney involved in this investigation, any data contained on a digital device other than that which is seized as falling within the scope of the items to be seized under this warrant except with prior authorization from the Court. The filter team may disclose to the investigative team any data contained on a digital device that is seized as being within the scope of the items to be seized under this warrant without further order of the Court.

g.  The filter team will complete its search of the digital device(s) as soon as is practicable but not to exceed 60 days from the date of execution of the warrant. If additional time is needed, the government may seek an extension of this

xi

time period from the Court on or before the date by which the search was to have been completed.

    h.   If the search determines that a digital device does not contain any data falling within the list of items to be seized, the government will, as soon as is practicable, return the device and delete or destroy all forensic copies thereof.

    i.   If the search determines that a digital device does contain data falling within the list of items to be seized, the government may make and retain copies of such data, and may access such data at any time.

    j.   The filter team may retain a digital device itself, and/or entire forensic copies of it, until further order of the Court or one year after the conclusion of the criminal investigation or case (whichever is latest), only if the device is determined to be an instrumentality of an offense under investigation or] the government, within 14 days following the time period authorized by the Court or completing the search, obtains an order from the Court authorizing retention of the device and/or forensic copies of it (or while an application for such an order is pending).  Otherwise, the government must return the device and delete or destroy all forensic copies thereof.

    k.   Notwithstanding the above, after the completion of the search of the digital devices, the government shall not

xii

WW 000102

DAE DEC - EXHIBIT A
Page 000017

access digital data falling outside the scope of the items to be seized absent further order of the Court.

7.   In order to search for data capable of being read or interpreted by a digital device, law enforcement personnel are authorized to seize the following items:

a.   Any digital device capable of being used to commit, further or store evidence of the offense(s) listed above;

b.   Any equipment used to facilitate the transmission, creation, display, encoding, or storage of digital data;

c.   Any magnetic, electronic, or optical storage device capable of storing digital data;

d.   Any documentation, operating logs, or reference manuals regarding the operation of the digital device or software used in the digital device;

e.   Any applications, utility programs, compilers interpreters, or other software used to facilitate direct or indirect communication with the digital device;

f.   Any physical keys, encryption devices, dongles, or similar physical items that are necessary to gain access to the digital device or data stored on the digital device; and

xiii

WW 000103

DAE DEC - EXHIBIT A
Page 000018

g.   Any passwords, password files, test keys, encryption codes, or other information necessary to access the digital device or data stored on the digital device.

8.   The special procedures relating to digital devices found in this warrant govern only the search of digital devices pursuant to the authority conferred by this warrant and do not apply to any search of digital devices pursuant to any other court order.

III.  <u>TAINT PROCEDURES FOR SEARCH OF ATTORNEY OFFICES</u>

9.   The search team will minimize the seizure of privileged attorney-client communications by implementing the following procedures:

a.   The search team will upon entering attempt to identify the offices of attorneys Clark Garen and Greg Lawrence.

b.   Once the attorney offices have been identified the search team will not enter these offices.

10.  In addition, the following procedures will be followed:

a.   Prior to the search: (1) one or more of the law enforcement officers/agents who will be present at the search will be designated as members of a "taint" team; (2) one or more members of the taint team will be law enforcement personnel who are familiar with the procedures set forth herein for searching and seizing computer equipment; and (3) one or more Assistant

xlv

WW 000104

DAE DEC - EXHIBIT A
Page 000019

United States Attorneys ("AUSA(s)") will be designated as "taint" AUSA(s). Only members of the taint team will conduct the search of the area(s) of the SUBJECT PREMISES where legal files and documents are kept. All law enforcement officers/agents present at the search will be apprised of the identities of the members of the taint team and the taint AUSA(s).

b.   At the beginning of the search, law enforcement officers/agents will search or "sweep" the entire premises for security and safety concerns, and they will secure the entire premises. No searching will occur during the security sweep.

c.   During the search, if a member of the taint team determines that a document appears to contain potentially privileged communications, the member will then review only as much of the document as is necessary to determine whether or not the document is within the scope of the warrant. If the document contains potentially privileged communications, but is not within the scope of the warrant, the document will be set aside and will not be subject to further review or seizure. If the document contains potentially privileged communications and is within the scope of the warrant, the taint team member will seize the document, seal it in an envelope, and mark the envelope as potentially attorney-client privileged. The document will then be delivered to the United States Attorney's

xv

WW 000105

DAE DEC - EXHIBIT A
Page 000020

Office for further review by the taint AUSA(s).  No agents involved in the investigation will open or examine the contents of any such envelopes unless and until directed to do so by the United States Attorney's Office or the Court.

      d.   The members of the taint team and the taint AUSA(s) may not discuss the contents of any privileged communications with any agents or prosecutors involved in the investigation.

      e.   Computer equipment and peripherals will be searched and seized only pursuant to the search warrant and attachments.  Persons tasked with searching digital media in accordance with the search warrant may not disclose any computer information that appears to contain potentially privileged communications that is within the scope of the warrant, unless and until ordered by the Court or authorized by the United States Attorney's Office in accordance with the provisions set forth in subparagraph (d) above concerning the review and disclosure of potentially privileged documents and items.

      f.   One or more of the taint AUSA(s) will be available for telephonic consultation with the members of the taint team during the search.

xvi

WW 000106

DAE DEC - EXHIBIT A
Page 000021

## Exhibit 1 —   **Personal Data**

| Name | Social Security Number | State |
|------|------------------------|-------|
| BRITT, KELLY C | 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 | CA |
| DOBBS, CHRISTIE | 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 | CA |
| HELLYER, ANNAL | 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 | CA |
| HENRY, JEROME | 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 | CA |
| KERN, JAMES C | 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 | CA |
| MORITA, MAYUKO E | 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 | CA |
| PUCONG, EMILY | 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 | CA |
| RODGERS, CARRISA | 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 | CA |
| THOMAS, PAUL | 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 | CA |
| 1WILLSON, CARRIE | 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 | CA |
| ABELLO, EDWIN R JR | 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 | CA |
| ANTUNEZ, LETICIA C | 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 | CA |
| AYALA, ALLISON | 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 | CA |
| EAREGOOD, JEREMY W | 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 | CA |
| RIOS, CESAR | 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 | CA |
| TIBBALL, REMEDIOS | 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 | CA |
| FRANK WILKINSON, MAHLON | 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 | CA |
| VASQUEZ SR, MARCIANO | 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 | CA |
| WINCHELL, KATHLEEN | 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 | CA |
| MERCADO, NICOLETTA | 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 | CA |
| MUELLER, KENDRICK | 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 | CA |
| CASTANAR, JOSEPHINE | 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 | CA |
| RINES, TAMI | 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 | CA |
| BARTONI, VINCENT | 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 | CA |
| FROST, MATT | 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 | CA |
| HALL, CONNIE | 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 | CA |
| MARTY, GREG | 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 | CA |
| NEWMAN, VICTORIA | 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 | CA |
| TOLENTINO, TIA | 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 | CA |
| ROSS JR, TIMOTHY | 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 | CA |
| BACHLE, TERRY | 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 | CA |
| COLE-KAUFMAN, DONNA | 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 | CA |
| NHO QUACH, DANNY | 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 | CA |
| CAGLE, THERESA | 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 | CA |
| MOORE, THURMOND | 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 | C. |
| PRIES, BARRY | 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 | CA |
| REDFEARN, TROY | 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 | CA |
| EHAJI, STEVE | 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 | CA |
| THOMAS, KEVIN | 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 | CA |
| MENDOZA, RAUL | 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 | CA |
| TINOCO, SHANNON | 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 | CA |
| HEADRICK, MARCO | 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 | CA |
| ABUMARKHIE, OMAR | 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 | CA |
| KILGORE, TOMMESHA S | 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 | CA |
| PHOUANGPHET, PHANTAVANH | 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 | CA |
| POOLE, CONNIE | 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 | CA |
| GARCIA, ESMERALDA FLORES | 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 | CA |
| LEBER, MATHEW A | 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 | CA |
| SANDERS, RALPH | 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 | CA |
| ZEVTUNVAN, ARUTVUN | 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 | CA |
| ANDERSON III, WILLIE R | 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 | CA |
| FASUYI, OMOTAVO O | 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 | CA |

1

WW 000107

## Personal Data

| Name | Social Security Number | State |
|------|------------------------|-------|
| GILLIGAN, WILLIAM R | 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 | CA |
| MENDOZA, SABINO M | 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 | CA |
| ROVENSTINE, BRANDON | 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 | CA |
| RUSSELL-SMITH, USA | 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 | CA |
| SOTO, MARIA | 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 | CA |
| HERRERA, MIGUEL | 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 | CA |
| HALL, SAMUEL | 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 | CA |
| FRANKLIN, SHANE | 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 | CA |
| TAPOYA, ANGEL | 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 | CA |
| MANLICK, MATTHEW | 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 | CA |
| ALCARAZ, OMAR | 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 | CA |
| STROBEL, HEIDI LOU | 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 | CA |
| JAMES, JESSE | 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 | CA |
| MONTES-BANUELOS, ISMAEL | 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 | CA |
| HOOKER, JANELLE M | 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 | CA |
| MCDONALD, ANISSA | 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 | CA |
| SHELSTAD, CURT | 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 | CA |
| MORGAN, DONNA S. | 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 | CA |
| CARTEE, MICHELE  L. | 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 | CA |
| MENDEZ, JOSE | 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 | CA |
| MORENO, DAVINA | 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 | CA |
| LOPEZ, MANUEL | 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 | CA |
| BURNS, MARY | 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 | CA |
| FIELDS, MICHAEL | 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 | CA |
| BALDERAS, ANGELA | 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 | CA |
| ADEBANJI, ADENIVI | 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 | CA |
| DEE, KRISTOPHER | 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 | CA |
| VALENZUELA, JOSEFINA | 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 | CA |
| GILLIAM, JERRY | 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 | CA |
| MORGAN, LARRY | 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 | CA |
| LIN, ZHEN YUN | 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 | CA |
| BLACK, MICHELLE | 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 | CA |
| REED, JOYCE | 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 | CA |
| PADILLA, AGAPITA | 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 | CA |
| JOHNSON, ELEANOR | 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 | CA |
| BALL, THOMAS | 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 | CA |
| WILLIAMS, HOWARD | 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 | CA |
| RAMIREZ, JORGE | 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 | CA |
| LOESENER, KRISTY | 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 | CA |
| HIGHSHAW, CARL | 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 | CA |
| SHEPARD, EVELYN | 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 | CA |
| SHEPARD, EVELYN | 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 | CA |
| ISLAS, JESUS | 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 | CA |
| VILLANEDA, ELISBO | 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 | CA |
| AMORA, JOSE | 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 | CA |
| READER, SCOTT | 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 | CA |
| MORENO, GEORGE | 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 | CA |
| LEON, SYLVIA | 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 | CA |
| MCKINNEY, BENJAMI-N | 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 | CA |
| BELANT, STEVEN | 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 | CA |
| FRYER, ZIGGY | 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 | CA |
| ROSS, ALEXIS | 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 | CA |

2

WW 000108

DAE DEC - EXHIBIT A
Page 000023

## Personal Data

| Name | Social Security Number | State |
|------|------------------------|-------|
| SANDOVAL, STEVEN A | 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 | CA |
| MACHUCA, GLADYS J | 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 | CA |
| RAY, CRYSTALJ | 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 | CA |
| LAURSAN, RICARDO | 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 | CA |
| WILLEY, LOUIS | 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 | CA |
| MORA, ANGEL | 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 | CA |
| KELLY, JANAE  E | 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 | CA |
| YANG, MARJORIE | 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 | CA |
| LEE, FRANK | 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 | CA |
| I PEREZ, PASCUAL | 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 | CA |
| RODRIGUEZ, GLORIA | 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 | CA |
| HERNANDEZ CLAYBAUGH, ELSft, .. | 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 | CA |
| STEINMAN, STUART | 264-64- 093 | CA |
| OLIVER, IAN E | 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 | CA |
| AGUERO, ISAAC | 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 | CA |
| SASKA, HENDRIEKA | 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 | CA |
| SANDERS, MEGAN | 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 | CA |
| BALUVUT, RESILVN V | 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 | CA |
| FARNHAM-WILSON, NATHANIEL  J | 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 | CA |
| PEARSON, MIKE | 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 | CA |
| CASSIO, TERESA S | 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 | CA |
| CAIN, AMANDA | 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 | CA |
| C CORDONERO, MARIA NELLITA | 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 | CA |
| BRUGGER, ROBERT  F | 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 | CA |
| VANMAREN-FOLEY, MARY  E | 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 | CA |
| CAMARILLO, SHELLY | 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 | CA |
| DE LOS SANTOS, ALDWIN | 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 | CA |
| MENDEZ, RACHEL | 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 | CA |
| BENITEZ, MARIA CARMEN | 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 | CA |
| CASSIO-MORA, IRMA | 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 | CA |
| LOPEZ, LEONARD | 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 | CA |
| MARC EJASSO | 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 | CA |
| GONZALEZ, CARINA G | 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 | CA |
| WILSON, GAIL | 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 | CA |
| PERRY, MARJORIE D | 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 | CA |
| POLAND, CHRISTINE NICOLE | 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 | CA |
| SANCHEZ, HORACIO | 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 | CA |
| JONES, BRANDON J. | 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 | CA |
| CABANAS, BRIAN | 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 | CA |
| CACERES URIAS, EDENILSON | 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 | CA |
| CHANDLER-BENTON, JAME | 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 | CA |
| HUITRON, OTONIEL TONY | 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 | CA |
| BISHOP, CHARLES A | 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 | CA |
| GREENE, MATTHEW SHAUN | 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 | CA |
| SARKANY, LYNN M | 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 | CA |
| SAMPSON, VICTORIA | 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 | CA |
| FISCHE, DANIELA T | 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 | CA |
| DOWNEN, RHETT P | 626-34- 062 | CA |
| NUNEZ, CARLOS A. | 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 | CA |
| LEWIS, LARRY E | 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 | CA |
| BRUNDAGE, RICHARD | 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 | CA |
| SAELEE, NAI MAN | 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 | CA |

3

WW 000109

DAE DEC - EXHIBIT A
Page 000024

## Personal Data

| Name | Social Security Number | State |
|------|------------------------|-------|
| VANG, SABRINA  K | 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 | CA |
| HOLTGREWE, RONALD w | 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 | CA |
| LEYVA, CECILIA | 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 | CA |
| ARIAS, LAURA A | 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 | CA |
| STEPANYAN, ROZA | 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 | CA |
| ANDREWS, DAVID SCOTT | 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 | CA |
| LANTIA, CURTIS  R | 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 | CA |
| HUBBARD, GARVJ | 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 | CA |
| STELLABOTT, BETTY J | 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 | CA |
| AMANTE, MARINA FLORES | 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 | CA |
| RODRIGUEZ, JOSEPH A | 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 | CA |
| WESTMORELAND, THOMAS L | 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 | CA |
| FLESHMAN, BRIAN M | 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 | CA |
| MARROQUIN, MARYANN | 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 | CA |
| WOODS, SYLVIA  R | 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 | CA |
| GOLRIZ, LUCIA | 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 | CA |
| RIVERA, SALVADOR | 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 | CA |
| MELVILLE, AMBER M | 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 | CA |
| ADAMS, EMILY G | 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 | CA |
| GARCIA, DAVID | 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 | CA |
| GARCIA, ESTEBAN  C JR | 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 | CA |
| HOWELL, GENEVIEVE  F | 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 | CA |
| MCCLELLAN, RICHARD  A | 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 | CA |
| GOLISANO, ANGELO FRED | 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 | CA |
| BARON, STEVE | 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 | CA |
| OLVEIRA, RUBEN | 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 | CA |
| SAESEE, AIKHAM | 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 | CA |
| THITH, CHANTHA | 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 | CA |
| LALIBERTE, SIOBAHN | 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 | CA |
| OCHOA, EMMA | 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 | CA |
| GARCIA, MARISSA G | 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 | CA |
| SALZA, DAMIAN | 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 | CA |
| DINIZ, MARCIO ALCANTARA | 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 | CA |
| LONGMIRE, VIOLA   K | 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 | CA |
| SUTTON, MARJ... J | 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 | CA |
| CABRERA ROBLES, SERGIO | 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 | CA |
| FINLEY, ROBERT | 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 | CA |
| HEMPEL, LISA | 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 | CA |
| JOHNSON, ROBERT L | 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 | CA |
| POLANCO, CARLOS Q | 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 | CA |
| THOMPSON, DANIE:L | 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 | CA |
| CABRAL, RICARDA | 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 | CA |
| CHASE, DANICA C | 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 | CA |
| LOPEZ, MARLENE | 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 | CA |

4

WW 000110

DAE DEC - EXHIBIT A
Page 000025

FD-597 (Rev 8-11-94)                                          Page _1_ of _8_
                                                                  -/u

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # MHA-LA-397354D                         BOX 1
                                              (3rd FL)
On (date) 8-27-2013                  item(s) listed below were:
                                     ☐ Received From
                                     ☐ Returned To
                                     ☐ Released To
                                     ☐ Seized

(Name) _Professional Collection Consultants_

(Street Address) _C7C S. Centinela Ave._

(City) _Culver City, CA 90230_

Description of Item(s):

| | | |
|---|---|---|
| 1 | (Room G, Desk 1) | Accutern Reports w/pin |
| 2 | (Room G, Desk 2) | Accutern Reports w/pin + MF |
| 3 | (Room G, Desk 3) | Accutern Reports w/pin MF |
| 4 | (Room H-1) | Collector check sheet |
| 5 | (Room S) | cord in desk drawer |
| 6 | (Room M) | Mike Thomas/Kelen Docs |
| 7 | (Room G) | Accutern Screen Prints |
| 8 | (Room G) | Accutern Reports "MF" |
| 9 | (Room P-2) | Evans to Flowers |
| 10 | (Room P-2) | Desk Accutern Screen Prints |
| 11 | (Room P-2) | Accutern Printout "MF" |
| 12 | (Room ) | MF's office desk, Thomas Docs |
| 13 | (Room X) | Gov Gary check w/ container |
| 14 | (Room M) | Tom's desk Accutern Reports |
| 15 | (Room M) | Fax Track Cart |
| 16 | (Room P-1) | Binder of Hire Employees list |

_Continue in Box 4 see page 13_

Received By: _____    Received From: _____
              (Signature)                          (Signature)

WW 000111

DAE DEC - EXHIBIT A
Page 000026

FD-597. (Rev 8-11-94)

Page __1__ of __1__

2 of 8 - MC

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

BOX 2
( ni TLS )

File # 194A-LA _J385UC_

On (date) _8-29-2013_

Item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) _FCC_

(Street Address) _Pic. S Camuela Ave_

(City) _Culver City, CA 90230_

Description of Item(s):

Dell Computer ( TB JS81XF1 )

Ram RI

Received By: _____          Received From: _____
                (Signature)                                        (Signature)

WW 000112

DAE DEC - EXHIBIT A
Page 000027

FD-597 (Rev 8-11-94)

Page 1 of 1
3 of 8 MC

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 194A - LA - 2973540

BCX3
(3rd FL)

On (date) 8-27-2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) PCC
(Street Address) 1760 S. Centinela Ave.
(City) Culver City, CA 90230

Description of Item(s):

Documents from Desk

Room R-1

NOTHING FOLLOWS

Received By: _____   Received From: _____
                    (Signature)                                              (Signature)

WW 000113

FD-597 (Rev 8-11-94)

Page _4_ of _84_

_-MC_

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _199A-LA-29715640_

BOX 4

On (date) _8-27-2013_

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) _PCC_

(Street Address) _4141 S. Centinela Ave._

(City) _Culver City, CA 90230_

Description of Item(s): _____

_Room 12_ _DOCUMENTS IN THE Recycle Bin_

_NOTHING FOLLOWS_

Received By: _____    Received From: _____
(Signature)                                    (Signature)

WW 000114

FD-597 (Rev 8-11-94)

Page ~~7~~ of ~~7~~
5 of 8 · Me

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 194A-LA-2973540

BOX 5
(3rd FL)

On (date)  8-27-2013

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name)  PCC

(Street Address)  6700 S. Centinela Ave

(City)  Culver City, CA 90230

Description of Item(s):

Dell computer from Room 12
(HR&LXF1)

NOTHING FOLLOWS

Received By: _____ (Signature)    Received From: _____ (Signature)

WW 000115

PD-597 (Rev 8-11-94)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 194A-LA-2993540

Box 6
(3rd FG)

On (date) 8-27-2013

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) PCC

(Street Address) 1700 S. Centinela Ave

(City) Culver City, CA 90230

Description of Item(s):

Form 7 : Accident Reports w/
pieces of employer stmt
stapled

NOTHING FOLLOWS

Received By: _____         Received From: _____
(Signature)                                                      (Signature)

WW 000116

FD-597 (Rev 8-11-94)

Page _1_ of _1_
7 of 8 -MC

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # __194A- LA- 973540__

BOX 7
(3rd FL)

On (date) __8-27-2013__

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) __PCC__

(Street Address) __1710 S. Centinela Ave.__

(City) __Culver City, CA 90230__

Description of Item(s): _____

__Room 12   desk paper Docs__

Received By: _____   Received From: _____
            (Signature)                        (Signature)

WW 000117

FD-597 (Rev 8-11-94)

Page $\frac{+}{8 \text{ of } 8}$ -uu

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 194A - LA - 397354C

On (date) 8-27-2013

BOX 8
(3rd FC)

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☐ Seized

(Name) _____ PCC.

(Street Address) _____ 1712 S. Centinela Ave.

(City) _____ Culver City, CA 90230

Description of Item(s): _____

Form 7 - Documents, Drawer 5
Payments to Flowers;
Products of reports comes unit
- CA Do Chang

Received By: _____ (Signature)

Received From: _____ (Signature)

WW 000118

DAE DEC - EXHIBIT A
Page 000033

FD-597 (Rev 8-11-94)

Page __1__ of __1__
For 2nd Floor
-MC

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # __194A-LA-29736,40__

BOX 9
( 2nd FL )

On (date) __8-27-2013__

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) __PCC__
(Street Address) __8700 S. Centinela Ave.__
(City) __Culver City, CA 90230__

Description of Item(s):

Item #

17   Room-G : File Cabinet  (FA Coleman)
18   F3 : Acuterim reports with PIN "MF" on top of desk
19.  F3 : Acuterim reports with PIN "MF" inside desk

NOTHING FOLLOWS

Received By: _____ (Signature)     Received From: _____ (Signature)

WW 000119

DAE DEC - EXHIBIT A
Page 000034



WW 000120



WW 000121

DAE DEC - EXHIBIT A
Page 000036