

**U. S. Department of Justice**

**United States Attorney**
**Central District of California**

Eliza Fernandez
Assistant United States Attorney
Public Corruption and Civil Rights Section

United States Courthouse
312 North Spring Street
Los Angeles, California 90012

September 25, 2013

Professional Collection Consultants, Inc.
Attn: Custodian of Records
6700 S. Centinela Ave.
Culver City, CA 90230
Tel: (310) 636-1001

Re: **Federal Grand Jury Subpoena**

Dear Sir or Madam:

The enclosed subpoena has been issued in connection with an official criminal investigation being conducted by the U.S. Department of Labor-Office of Inspector General. The subpoena requires that a custodian of records from your business appear before the grand jury and produce the records described in the subpoena on the date and at the time specified on the subpoena.

As a convenience to you, you can produce the demanded documents by mail or in person to Special Agent Cory Oravecz of the U.S. Department of Labor-Office of Inspector General who will deliver the requested documents to the grand jury. If you would like to do so in order to avoid a personal appearance, you must (a) deliver or mail the documents so that they are received in advance of the date specified on the subpoena: and (b) have an appropriate custodian of records from your business fill in the declaration enclosed with this letter. Unless you comply with both of those requirements, a custodian of records must appear in person to produce the documents.

If you choose to mail the records, please send them to the following address:

U.S. Department of Labor-OIG
Attn: SA Cory Oravecz
100 N. Barranca, Ste. 520
West Covina, CA 91791

EXHIBIT 4
WITNESS: GAREN
2-3-16
LYNN ZINK, CSR 8408

WW 000074

DAE DEC - EXHIBIT B
Page 000037

Please do not deliver or mail any of the subpoenaed documents to the United States Attorney's Office.

Because this subpoena relates to an ongoing criminal investigation, this Office requests that you not disclose the existence of or compliance with the subpoena for an indefinite period of time or until the Office notifies you that the investigation has been completed or until a court orders disclosure. Premature disclosure could impede the investigation and interfere with the enforcement of the law. In addition, you <u>do not</u> have an obligation under Right to Financial Privacy Act, 12 U.S.C. § 3401, *et seq.* to disclose to a customer your receipt of or compliance with a federal grand jury subpoena for that customer's records. We request that you give this Office advance notice if you plan to disclose the existence of or compliance with the subpoena.

If you have any other questions regarding compliance with this subpoena, please call SA Cory Oravecz at (626) 858-1723.

Very truly yours,

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*
ELISA FERNANDEZ
Assistant United States Attorney

Enclosures

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _____, hereby declare as follows:
   (name)

(1) I am a custodian of records for _____, and in that capacity am knowledgeable about the matters set forth herein.
               (name of business or entity)

 (a) My job title/position is: _____

 (b) I have been employed in this capacity for _____
             (duration)
  and by the aforementioned business/entity for _____.
               (duration)

 (c) My job duties are:

 (d) I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

  [ ] Training.

  [ ] Familiarity with relevant policy/policies.

  [ ] Hands-on experience.

  [ ] Supervision of one or more others with hands-on experience.

  [ ] Other. Describe:

(2) Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the business or entity named above.
(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3) I certify that the attached record(s):

 (a) was/were made at or near the time of the occurrence of the matters set forth therein,

 (b) was/were made by, or from information transmitted by, a person with knowledge of those matters;

 (c) was/were kept in the course of the regularly conducted activity;

 (d) was/were made by and in the course of the regularly conducted activity as a regular practice;

 (e) if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated _____ and executed at _____
 (date document was signed)      (place document was signed)

              _____
                (signature)

              _____
              (typed or printed name)

AO 110 (Rev 01-09) Subpoena to Testify Before a Grand Jury

SUBP #2879

# UNITED STATES DISTRICT COURT
## for the
### CENTRAL DISTRICT OF CALIFORNIA

TO: Professional Collection Consultants, Inc.
Attn: Custodian of Records
6700 S. Centinela Ave.
Culver City, CA 90230
Tel: (310) 636-1001

**SUBPOENA TO TESTIFY
BEFORE A GRAND JURY**

SUBPOENA FOR:
☐ Person    ☒ Document(s) or Object(s)

☐ YOU ARE COMMANDED to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE: | COURTROOM: |
|---|---|
| UNITED STATES COURTHOUSE<br>312 NORTH SPRING STREET<br>LOS ANGELES, CALIFORNIA 90012 | Room 1346, 13th Floor |
| | DATE AND TIME:<br>October 16, 2013 at 9:30 a.m. |

☒ You must also bring with you the following documents, electronically stored information, or objects:

**SEE ATTACHMENT**

CLERK OF COURT:

*Jerry Nafisi* (signature)

By Deputy Clerk Jerry Nafisi, Clerk of the Court

DATE: September 25, 2013

This subpoena is issued on application of the United States of America

ANDRÉ BIROTTE JR.
United States Attorney

ELISA FERNANDEZ
Assistant United States Attorney
United States Courthouse
312 North Spring Street
Los Angeles, California 90012

Special Asst: Cary Vasquez
Telephone: (626) 856-1723

Note: An agent of the DOL will deliver the above-mentioned document(s) or object(s) to the Grand Jury should you desire to tender them to the Grand Jury in advance of the date indicated above.

WW 000077

DAE DEC - EXHIBIT B
Page 000040

Professional Collection Consultants, Inc.
6700 S Centinela Ave
Culver City, CA 90230
Tel. (310) 636-1001

## Subpoena Attachment

From January 1, 2010 through the present please provide any and all training and policy records for Professional Collection Consultants, Inc.

The records shall include, but are not limited to the following:

1. Any and all records, including policy manuals, guidelines, office memoranda, employee manuals, employee handouts, personnel notices, regulation notices relating to code of conduct for PCC employees and/or consultants;

2. Any and all records, including guidelines, policy manuals, office memoranda employee manuals, employee handouts, personnel notices, regulation notices relating to ethics responsibilities of debt collectors and/or debt collection agencies;

3. Any and all records, including training manuals, materials, handouts, instructions, guidelines, videos, relating to methods of researching, obtaining, locating, identifying third-party information to include personal identifying information, e.g. names, dates of birth, address, social security, name, employer name, employer address, salary, and wage and hour information:

4. Any and all records, including training manuals, materials, handouts, instructions, guidelines, videos, relating to the disclosure and/or dissemination of third-party information to include personal identifying information, e.g. names, dates of birth address, social security, name, work place, wage and hour information;

5. Any and all records, including training manuals, materials, handouts, instructions, guidelines, videos, training logs, and/or internal control records related to "Skip Tracing" and or debt collection. (This material should include any education provided to employees as it relates to the Fair Debt Collection Act); and,

6. Any and all operational manuals as it relates to the day to day operation of Professional Collection Consultants, Inc.

## Attachment 1

The U.S. Department of Labor-Office of Inspector General's hotline received an allegation from a confidential source who stated that a government official has been illegally selling sensitive wage information to a debt collector. The source reported that the Arizona Department of Economic Security employee, Les Nelson (Nelson), provides the sensitive wage information to Michael S. Flowers (Flowers) for a cash kickback. Flowers is an employee for a collection agency called Professional Collection Consultants (PCC). This subpoena request is being submitted to gather all of PCC's training and policy records.

WW 000079

DAE DEC - EXHIBIT B
Page 000042