10/17/2013  10:56     310-636-4778              PCC                                    PAGE  03/07



**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

Elsa Fernandez
Assistant United States Attorney
Tel: (213) 894-7383
Fax: (213) 894-6436

United States Courthouse
312 North Spring Street
Los Angeles, California 90012

October 15, 2013

Custodian of Records
Professional Collection Consultants, Inc.
6700 S. Centinela Avenue
Culver City, CA 90230

    Re:   <u>Federal Grand Jury Subpoena</u>

Dear Sir or Madam:

    The enclosed subpoena has been issued in connection with an official criminal investigation being conducted by the United States Department of Labor – Office of Inspector General. The subpoena requires that a custodian of records from your business appear before the grand jury and produce the records described in the subpoena on the date and at the time specified on the subpoena.

    As a convenience to you, you can produce the demanded documents by mail or in person to Special Agent Cory Oravecz of the United States Department of Labor – Office of Inspector General who will deliver the requested documents to the grand jury. If you would like to do so in order to avoid a personal appearance, you must (a) deliver or mail the documents so that they are received in advance of the date specified on the subpoena; and (b) have an appropriate custodian of records from your business fill in the declaration enclosed with this letter. Unless you comply with both of those requirements, a custodian of records must appear in person to produce the documents.

    If you choose to mail the records, please send them to the following address:

        Special Agent Cory Oravecz
        US Dept. of Labor - OIG
        100 N. Barranca Street, #520
        West Covina, CA 91791



WW 000080

Please do not deliver or mail any of the subpoenaed documents to the United States Attorney's Office.

Because this subpoena relates to an ongoing criminal investigation, this Office requests that you not disclose the existence of or compliance with the subpoena for an indefinite period of time or until the Office notifies you that the investigation has been completed or until a court orders disclosure. Premature disclosure could impede the investigation and interfere with the enforcement of the law. In addition, you <u>do not</u> have an obligation under Right to Financial Privacy Act, 12 U.S.C. § 3401, *et seq.* to disclose to a customer your receipt of or compliance with a federal grand jury subpoena for that customer's records. We request that you give this Office advance notice if you plan to disclose the existence of or compliance with the subpoena.

If you have any other questions regarding compliance with this subpoena, please call SA Cory Oravecz at (626) 858-1753.

Very truly yours,

ANDRÉ BIROTTE JR.
United States Attorney

ELISA FERNANDEZ
Assistant United States Attorney

Enclosures

WW 000081

DAE DEC - EXHIBIT C
Page 000044

10/17/2013  10:55   310-636-4770          PCC                               PAGE  05/07

## DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD
(Please type or print legibly except for signature.)

I, _____, hereby declare as follows:
        (name)

(1) I am a custodian of records for _____, and in that capacity am knowledgeable about the matters set forth herein.          (name of business or entity)

  (a) My job title/position is: _____

  (b) I have been employed in this capacity for _____
                                                  (duration)
  and by the aforementioned business/entity for _____
                                                  (duration)

  (c) My job duties are:

  (d) I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the aforementioned business/entity based upon (check all that apply):

  [ ] Training.

  [ ] Familiarity with relevant policy/policies.

  [ ] Hands-on experience.

  [ ] Supervision of one or more others with hands-on experience.

  [ ] Other. Describe:

(2) Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the business or entity named above.
(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

(3) I certify that the attached record(s):

  (a) was/were made at or near the time of the occurrence of the matters set forth therein;

  (b) was/were made by, or from information transmitted by, a person with knowledge of those matters;

  (c) was/were kept in the course of the regularly conducted activity;

  (d) was/were made by and in the course of the regularly conducted activity as a regular practice;

  (e) if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated _____ and executed at _____.
     (date document was signed)              (place document was signed)

                                      _____
                                              (signature)

                                      _____
                                         (typed or printed name)

WW 000082

DAE DEC - EXHIBIT C
Page 000045

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
## for the
### CENTRAL DISTRICT OF CALIFORNIA

TO: Custodian of Records
Professional Collection Consultants, Inc.
6700 S. Centinela Ave.
Culver City, CA 90230

**SUBPOENA TO TESTIFY BEFORE A GRAND JURY**

SUBPOENA FOR:
☐ Person   ☒ Document(s) or Object(s)

☐ YOU ARE COMMANDED to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE: UNITED STATES COURTHOUSE 312 NORTH SPRING STREET LOS ANGELES, CALIFORNIA 90012 | COURTROOM: Room 1346, 13th Floor |
|---|---|
| | DATE AND TIME: November 5, 2013 at 9:30 a.m. |

☒ You must also bring with you the following documents, electronically stored information, or objects:

See Attachments

CLERK OF COURT:

*Terry Nafisi* (signature)

By Deputy Clerk Terry Nafisi, Clerk of the Court

DATE: October 15, 2013

This subpoena is issued on application of the United States of America

ANDRÉ BIROTTE JR.
United States Attorney

Elisa Fernandez
Assistant United States Attorney
United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-7383

Special Agent: Cory Oravecz
Telephone: (626) 858-1753

Note: An agent of the Dept. of Labor – OIG will deliver the above-mentioned document(s) or object(s) to the Grand Jury should you desire to volunteer them to the Grand Jury in advance of the date indicated above.

WW 000083

DAE DEC - EXHIBIT C
Page 000046

10/17/2013 10:56   310-636-4770           PCC                                    PAGE   07/07

Professional Collection Consultants, Inc.
6700 S Centinela Ave
Culver City, CA 90230
Tel. (310) 636-1001

## Subpoena Attachment

From January 1, 2008 through the present please provide any and all personnel file(s) and payroll records for Michael Flowers.

The records shall include, but are not limited to the following:

- A complete copy of any and all personnel file(s) associated with Michael Flowers.
- Any and all documentation related to Michael Flowers' payroll, direct deposit, earnings statement, bonus, reimbursement, and petty cash receipts.
- Any and all cash disbursement receipts made to the order of Michael Flowers.

WW 000084

DAE DEC - EXHIBIT C
Page 000047