

**U. S. Department of Justice**

*United States Attorney*
*Central District of California*

[address illegible]

[date illegible]

[recipient name illegible]
[address illegible]
Los Angeles, California

Re: **Federal Grand Jury Subpoena**

Dear Mr. [illegible],

[Body paragraph largely illegible] ...in connection with a federal criminal investigation being conducted by the **United States Department of Labor – Office of Inspector General**. [illegible] ...produce the records described in the subpoena on the date and at the time specified in the subpoena.

[Second paragraph]... **Special Agent Cory Chavez of the United States Department of Labor – Office of Inspector General** [illegible] ...the documents to the grand jury. If you [illegible] ...deliver or mail the documents, certify that they are the originals or true copies [illegible] ...the subpoena, and the grand jury's appearance is deemed waived... [illegible] ...If you comply with [illegible] ...produce the documents.

If you have any questions, please contact the following individuals:

**Special Agent Cory Chavez**
**U.S. Dept. of Labor – OIG**
**100 N. Barranca, Suite 520**
**West Covina, CA 91791**



WW 000085

DAE DEC - EXHIBIT D
Page 000048

Please do not deliver or mail any of the subpoenaed documents to the United States Attorney's Office.

Because this subpoena relates to an ongoing criminal investigation, this Office requests that you not disclose the existence of or compliance with the subpoena for an indefinite period of time or until the Office notifies you that the investigation has been completed or until a court orders disclosure. Premature disclosure could impede the investigation and interfere with the enforcement of the law. In addition, you do not have an obligation under Right to Financial Privacy Act, 12 U.S.C. § 3401, et seq. to disclose to a customer your receipt of or compliance with a federal grand jury subpoena for that customer's records. We request that you give this Office advance notice if you plan to disclose the existence of or compliance with the subpoena.

If you have any other questions regarding compliance with this subpoena, please call SA Cory Orievez at (626) 858-1723.

Very truly yours,

ANDRÉ BIROTTE Jr.
United States Attorney

LISA FEINSINBERG
Assistant United States Attorney

cc:

WW 000086

DAE DEC - EXHIBIT D
Page 000049

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

[illegible name/address block]

**SUBPOENA TO TESTIFY
BEFORE A GRAND JURY**

SUBPOENA FOR:
☒ Person    ☐ Document(s) or Object(s)

**YOU ARE COMMANDED** to appear [illegible] United States District Court at the time, date, and place shown below to testify before the court's Grand Jury. When you arrive, you must remain at the court [illegible] the judge or a court officer allows you to leave.

Place:
**UNITED STATES COURTHOUSE
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012**

Courtroom No.:
**Room 1346, 13th Floor**

Date and Time:
**December 11, 2013 at 9:00 a.m.**

[illegible line about documents/objects]

Date: November 26, 2013

[illegible signature block]

**PROOF OF SERVICE**

**DECLARATION OF SERVER**

WW 000088

DAE DEC - EXHIBIT D
Page 000051