```
CLARK GAREN, CALIFORNIA STATE BAR #50564
RACHEL ZWERNEMANN, CALIFORNIA STATE BAR #286515
SALARIED EMPLOYEES OF PCC
6700 SOUTH CENTINELA,
THIRD FLOOR,
CULVER CITY, CALIFORNIA 90230
TELEPHONE: (310) 636-1001
FAX:       (310) 636-4771
```

ATTORNEYS FOR DEFENDANT PCC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PROFESSIONAL COLLECTION CONSULTANTS,<br><br>　　Defendant. | CASE NO. 2:15-cv-02342 MWF (VBKx)<br><br>RESPONSES TO WESTERN WORLD INSURANCE COMPANY'S REQUEST FOR PRODUCTION TO PROFESSIONAL COLLECTION CONSULTANTS, SET NO. ONE<br><br>Complaint Filed: 3/30/15 |

PROPOUNDING PARTY:   WESTERN WORLD INSURANCE COMPANY

RESPONDING PARTY:    PROFESSIONAL COLLECTION CONSULTANTS

SET NUMBER:          ONE (1)

　　TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

　　Pursuant to Federal Rules of Civil Procedure 34, Plaintiff and Counter-Claim Defendant Western World Insurance Company ("Western World") hereby makes the following requests of Defendant and Counter-Claimant Professional Collection Consultants ("PCC"):

1

RESPONSES TO Western World's Request for Production to Professional
Collection Consultants, Set One        CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT E
Page 000052

6. The term "McCann Claim" shall mean a claim for damages against PCC initiated by a demand for mediation submitted to PCC on or about January 14, 2015 by former PCC employee Lisa McCann.

7. The term "Western World Policy" shall mean the "Directors, Officers, Insured Entity and Employment Practices" liability insurance policy issued by Western World bearing policy no. PRL8000034, effective February 17, 2014 to February 17, 2015 to June 25, 2008, to PCC.

## DOCUMENT REQUESTS

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:

All DOCUMENTS, writings, e-mails, correspondence, reports, warrants or tangible materials of any type pertaining to any action taken against PCC (including any interview, inspection, search or audit of PCC personnel or documents) by the Federal Bureau of Investigation in 2013 or 2014.

Objection. PCC cannot ascertain the meanings of the words "any type of Action taken against PCC. Without waiving this objection, PCC will produce copies of the following documents:

Search and Seizure warrant dated August 23, 2013, together with Receipt for Property Received/Returned/Released/Siezed;

Subpoena issued to Elaine Schulman to testify before Grand Jury dated November 26, 2013;

Subpoena to testify before Grand Jury dated September 15, 2013 and October 15, 2013. In response to this Subpoena, PCC provided approximately 30,000 documents. However, PCC objects to producing these documents because of the expense (the initial copying cost approximately $5,000.00) and because these documents do not contain any relevant or admissible evidence or any evidence that is likely to lead to the discovery of relevant or admissible evidence. PCC is willing to permit inspection of these approximately 30,000.00 documents at its place of business and permit Plaintiff to copy at no charge up to 500 pages. PCC is also willing to

4
RESPONSES TO Western World's Request for Production to Professional
Collection Consultants, Set One     CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT E
Page 000053

1 deliver the documents to a professional copy shop in Culver City, California to have
2 copies made and delivered to Plaintiff at Plaintiff's sole expense.
3     Subpoena to testify before Grand Jury dated May 22, 2015. In response to this
4 Subpoena, PCC provided approximately 30,000 documents. However, PCC objects to
5 producing these documents because of the expense (the initial copying cost
6 approximately $5,000.00) and because these documents do not contain any relevant or
7 admissible evidence or any evidence that is likely to lead to the discovery of relevant
8 or admissible evidence. PCC is willing to permit inspection of these approximately
9 30,000.00 documents at its place of business and permit Plaintiff to copy at no charge
10 up to 500 pages. PCC is also willing to deliver the documents to a professional copy
11 shop in Culver City, California to have copies made and delivered to Plaintiff at
12 Plaintiff's sole expense.
13     PCC objects to the production of "All other writing, e-mails, correspondence,
14 reports, warrants, or tangible materials of any type pertaining to any Action taken
15 against PCC by the Federal Bureau of Investigation in 2013, 2014, or 2015 because all
16 documents not already produced that are described by this request are communications
17 between clients and their attorneys and are therefore privileged and cannot and will not
18 be disclosed in response to this Request for Production of Documents. PCC is unable
19 to provide a specific list of these documents because the documents are not kept
20 together in any place where they may be retrieved for description, and PCC is not
21 certain that the documents are kept or retained at all.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:**

23     All DOCUMENTS, writings, e-mails, correspondence, reports, warrants or
24 tangible materials of any type pertaining to any action taken against PCC (including
25 any interview, inspection, search or audit of PCC personnel or documents) by the
26 United States Department of Justice in 2013 or 2014.
27     Objection. PCC cannot ascertain the meanings of the words "any type of
28 Action taken against PCC. Without waiving this objection, PCC will produce copies of

5
RESPONSES TO Western World's Request for Production to Professional
Collection Consultants, Set One     CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT E
Page 000054

```
 1  Dated: November 14, 2015      LAW OFFICES OF CLARK GAREN
 2
 3                                BY
 4                                   _____
                                  CLARK GAREN,
 5                                ATTORNEY FOR DEFENDANT AND
                                  CROSS-COMPLAINANT PCC
 6
```

13

RESPONSES TO Western World's Request for Production to Professional Collection Consultants, Set One    CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT E
Page 000055