CLARK GAREN, CALIFORINA STATE BAR #50564
RACHEL ZWERNEMANN, CALIFORNIA STATE BAR #286515
SALARIED EMPLOYEES OF PCC
6700 SOUTH CENTINELA,
THIRD FLOOR,
CULVER CITY, CALIFORINA 90230
TELEPHONE: (310) 636-1001
FAX:            (310-636-4771

Attorneys for DEFENDANT PCC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PROFESSIONAL COLLECTION CONSULTANTS,<br><br>Defendant. | CASE NO. 2:15-cv-02342 MWF (VBKx)<br><br>**DEFENDANT'S RESPONSES TO WESTERN WORLD INSURANCE COMPANY'S REQUEST FOR ADMISSIONS TO PROFESSIONAL COLLECTION CONSULTANTS, SET NO. ONE**<br><br>Complaint Filed: 3/30/15 |

PROPOUNDING PARTY:     WESTERN WORLD INSURANCE COMPANY

RESPONDING PARTY:      PROFESSIONAL COLLECTION CONSULTANTS

SET NUMBER:            ONE (1)

TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiff and Counter-Claim Defendant Western World Insurance Company ("Western World") requests that Defendant and Counter-Claimant Professional Collection Consultants ("PCC"), respond to the following admissions separately and fully, in writing and under oath, and that the responses be signed by the person making

1

Answers to Western World's Request for Admissions to Professional Collection Consultants, Set No. One          CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT G
Page 000061

them and be served on defendant within thirty (30) days after service of these Request for Admissions, Set No. One.

## DEFINITIONS

1. The words "YOU" and "YOUR" shall mean and refer to Defendant Professional Collection Consultants ("PCC") and all of its past and present subsidiaries, partners, affiliates, agents, servants, representatives, assigns, attorneys, experts, investigators, or anyone acting on its behalf.

2. The term "Western World" shall mean and refer to Plaintiff Western World Insurance Company.

3. The term "Hudson Action" shall mean a lawsuit in the Los Angeles County Superior Court, Case No. BC570780, against PCC, filed on January 29, 2015 by Gregory Hudson.

4. The term "Pole Claim" shall mean a claim for damages against PCC initiated by a demand for mediation submitted to PCC on or about January 14, 2015 by former PCC employee Beblen Pole.

5. The term "McCann Claim" shall mean a claim for damages against PCC initiated by a demand for mediation submitted to PCC on or about January 14, 2015 by former PCC employee Lisa McCann.

6. The term "Western World Policy" shall mean the "Directors, Officers, Insured Entity and Employment Practices" liability insurance policy issued by Western World bearing policy no. PRL8000034, effective February 17, 2014 to February 17, 2015 to June 25, 2008, to PCC.

## REQUESTS FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1:**

Admit the Federal Bureau of Investigation conducted a search of PCC offices in August 2013.

ADMITTED

2

Answers to Western World's Request for Admissions to Professional Collection Consultants, Set No. One    CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT G
Page 000062

REQUEST FOR ADMISSION NO. 2:

Admit PCC was under investigation by the United States Department of Justice concerning PCC's debt collection practices as of September 2013.

DENIED

REQUEST FOR ADMISSION NO. 3:

Admit PCC knew it was the subject of a federal criminal investigation concerning PCC's debt collection practices as of September 2013.

DENIED

REQUEST FOR ADMISSION NO. 4:

Admit PCC knew prior to February 7, 2014 that Gregory Hudson reported in 2007 what he believed to be illegal conduct by PCC to the California Employment Development Department.

**DENIED**

REQUEST FOR ADMISSION NO. 5:

Admit PCC knew prior to February 7, 2014 that Gregory Hudson had stated to other PCC personnel that PCC illegally obtained and made use of private financial information of debtors and believed that PCC would be forced to close.

ADMITTED

REQUEST FOR ADMISSION NO. 6:

Admit PCC knew prior to February 7, 2014 that Gregory Hudson had told a PCC officer that he was dissatisfied with his job at PCC because he believed PCC illegally obtained and used debtors' financial information.

DENIED

3

Answers to Western World's Request for Admissions to Professional Collection Consultants, Set No. One    CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT G
Page 000063

REQUEST FOR ADMISSION NO. 7:

Admit PCC knew prior to February 7, 2014 that Gregory Hudson had been served with a federal grand jury subpoena to testify and produce documents concerning allegations that PCC illegally obtained financial and employment information about debtors from the EDD and banks.

DENIED

REQUEST FOR ADMISSION NO. 8:

Admit PCC knew prior to February 7, 2014 that Gregory Hudson had been interviewed by an attorney from the United States Attorney's Office for the Central District of California and produced documents concerning PCC's alleged illegal debt collection practices.

DENIED

REQUEST FOR ADMISSION NO. 9:

Admit PCC knew prior to February 7, 2014 that the criminal investigation conducted by the United States Department of Justice concerning PCCs alleged illegal debt collection practices potentially subjected PCC to fines or penalties.

DENIED

REQUEST FOR ADMISSION NO. 10:

Admit the document attached hereto as Exhibit A is a true and correct copy of the application for insurance with Western World signed by PCC President Todd Shields.

ADMITTED

REQUEST FOR ADMISSION NO. 11:

Admit Western World agreed to defend PCC in the Hudson Action.

DENIED

4

Answers to Western World's Request for Admissions to Professional Collection
Consultants, Set No. One        CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT G
Page 000064

**REQUEST FOR ADMISSION NO. 12:**

Admit Western World agreed to defend PCC with respect to the Pole Claim.

DENIED

**REQUEST FOR ADMISSION NO. 13:**

Admit Western World agreed to defend PCC with respect to the McCann Claim.

DENIED

**REQUEST FOR ADMISSION NO. 14:**

Admit Western World appointed defense counsel to defend PCC in the Hudson Action.

ADMITTED

**REQUEST FOR ADMISSION NO. 15:**

Admit Western World appointed defense counsel to defend PCC with respect to the Pole Claim.

ADMITTED

**REQUEST FOR ADMISSION NO. 16:**

Admit Western World appointed defense counsel to defend PCC with respect to the McCann Claim.

ADMITTED

**REQUEST FOR ADMISSION NO. 17:**

Admit Western World continues to defend PCC in the Hudson Action as of the date of this Request.

ADMITTED

**REQUEST FOR ADMISSION NO. 18:**

Admit Western World continues to defend PCC with respect to the Pole Claim as of the date of this Request.

ADMITTED

5

Answers to Western World's Request for Admissions to Professional Collection Consultants, Set No. One          CASE NO. 2:15-cv-02342 MWF (VBKx)

DAE DEC - EXHIBIT G
Page 000065

**REQUEST FOR ADMISSION NO. 19:**

Admit Western World continues to defend PCC with respect to the McCann Claim as of the date of this Request.

ADMITTED

**REQUEST FOR ADMISSION NO. 20:**

Admit Western World has paid for the defense of PCC in the Hudson Action as of the date of this Request.

DENIED

**REQUEST FOR ADMISSION NO. 21:**

Admit Western World has paid for the defense of PCC with respect to the Pole Claim as of the date of this Request.

DENIED

**REQUEST FOR ADMISSION NO. 22:**

Admit Western World has paid for the defense of PCC with respect to the McCann Claim as of the date of this Request.

DENIED

**REQUEST FOR ADMISSION NO. 23:**

Admit PCC is not entitled to attorneys' fees it incurs in the instant *Western World v. Professional Collection Consultants* action.

DENIED

Dated: November 13, 2015

LAW OFFICES OF CLARK GAREN

BY _____

CLARK GAREN,
ATTORNEY FOR DEFENDANT

6

Answers to Western World's Request for Admissions to Professional Collection Consultants, Set No. One     CASE NO. 2:15-cv-02342 MWF (VBKx)