Case 2:15-cv-02342-MWF-VBK   Document 29-13   Filed 02/19/16   Page 1 of 1   Page ID #:503

Todd Shields

**From:** Lisa McCann <lesu8026@hotmail.com>
**Sent:** Tuesday, June 17, 2014 2:06 PM
**To:** Todd Shields
**Cc:** Lisa McCann
**Subject:** Lisa McCann Disability Notification

Dear Todd,

We didn't get an opportunity to talk with one another at Greg Hudson's EDD hearing the other day, so I wanted to take this opportunity to update you on my disability status. On June 9, 2014 I saw Dr. Howard Rosner, the Medical Director of Cedars Sinai's Pain Management Clinic. Dr. Rosner wants me to have two more procedures, one that is a fairly invasive surgery. He wants to schedule me for a three-level bilateral radio frequency ablation at L3-L4, L4-L5 and L5-S1. Concurrently with this surgery he is planning a right-sided steroid injection into my sacroiliac joint. He won't know about my anticipated period of convalescence or my prognosis until after the procedures. Although he hopes to do them soon, he can't even schedule them until the insurance company authorizes the procedures.

I had also hoped to talk with you after the hearing because I think it is only fair that you know that I, too, received a subpoena to testify before the Grand Jury about PCC's illegal practices and have given evidence in response to the questions the government asked me. Although I didn't testify about this at Greg Hudson's hearing because it was not relevant to those issues, I thought it would be unfair if you heard about the government investigation and came away with the mistaken impression that Greg is the only witness.

I'll update you about the surgery as soon as I have any news. In the meantime, if you have any questions about my medical status, please let me know and I will relay them to Dr. Rosner.

Sincerely,

Lisa McCann

1

DAE DEC - EXHIBIT M
Page 000103