**David A. Evans**

| | |
|---|---|
| **From:** | David A. Evans |
| **Sent:** | Monday, February 01, 2016 2:05 PM |
| **To:** | 'Clark clark' |
| **Subject:** | RE: Western World v. PCC |

Will <u>not</u>.  Sorry for the confusion.

Dave

David A. Evans

*Selvin Wraith Halman LLP*
*505 14th Street, Suite 1200*
*Oakland CA 94612-1419*
*http:\\www.selvinwraith.com*
*Direct: 510-874-1809; Fax: 510-465-8976*
*e-mail:* devans@selvinwraith.com

*This communication, including any attachments, is for the exclusive use of addressee and may contain proprietary, confidential or privileged information.  If you are not the intended recipient, any copying, disclosure or dissemination of this communication is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by return Email, delete this communication and destroy all copies.*

**From:** Clark clark [mailto:clarkgaren@msn.com]
**Sent:** Monday, February 01, 2016 2:04 PM
**To:** David A. Evans
**Subject:** RE: Western World v. PCC

Do you mean you WILL require or that you WILL  NOT require?

Clark

**From:** devans@selvinwraith.com
**To:** clarkgaren@msn.com
**Subject:** Western World v. PCC
**Date:** Mon, 1 Feb 2016 22:00:34 +0000

Clark:

This will confirm our several meet and confer discussions, including a telephonic discussion on January 28, 2016, in which you, on behalf of Professional Collection Consultants, agreed to withdraw all claims against Western World Insurance Company arising from, concerning or otherwise involving claims made by Beblen Pole and Lisa McCann as alleged in PCC's Answer and Counter-Claim in this matter.

As a consequence of PCC's voluntary waiver of claims pertaining to Pole and McCann, Western World will require PCC to produce documents or provide oral testimony concerning the Pole and

DAE DEC - EXHIBIT N
Page 000104

McCann claims in the deposition of PCC's person most qualified, currently scheduled for February 3, 2016.

Western World reserves the right to pursue all available remedies, including resuming the deposition of PCC's person most qualified or evidentiary preclusion if PCC raises the Pole or McCann claims as a defense, claim or in any other manner against Western World hereafter.

Thank you for your professional courtesy and cooperation. If any of the foregoing does not comport with your understanding of PCC's agreement to withdraw all claims against Western World involving the Pole and McCann claims, please contact me immediately.

Best regards,

David A. Evans

*Selvin Wraith Halman LLP*
*505 14th Street, Suite 1200*
*Oakland CA 94612-1419*
*http:\\www.selvinwraith.com*
*Direct: 510-874-1809; Fax: 510-465-8976*
*e-mail:* devans@selvinwraith.com

*This communication, including any attachments, is for the exclusive use of addressee and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any copying, disclosure or dissemination of this communication is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return Email, delete this communication and destroy all copies.*

DAE DEC - EXHIBIT N
Page 000105