1 | LAW OFFICES OF CLARK GAREN
CLARK GAREN (Cal. Bar No. 50564)
2 | RACHEL ZWERNEMANN (Cal. Bar No. 286515)
6700 South Centinela, Third Floor
3 | Culver City, CA  90230
Telephone: (310) 391-0800
4 | Facsimile: (310) 636-4771
Email: clarkgaren@msn.com
5 | Email: Need Rachel's email

6 | LAW OFFICE OF DAVID W. WIECHERT
DAVID WIECHERT (Cal. Bar No. 94607)
7 | JESSICA C. MUNK (Cal. Bar No. 238832)
115 Avenida Miramar
8 | San Clemente, California  92672
Telephone:(949) 361-2822
9 | Facsimile: (949) 496-6753
Email: dwiechert@aol.com
10 | Email: jessica@davidwiechertlaw.com

11 | Attorneys for Defendant,
Professional Collection Consultants

12 |

13 | IN THE UNITED STATES DISTRICT COURT

14 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 | WESTERN DIVISION

16 |

17 | WESTERN WORLD INSURANCE COMPANY, | Case No. 2:15-cv-02342 MWF (VBKx)

18 | Plaintiff, | **DECLARATION OF DAVID W. WIECHERT IN OPPOSITION TO WESTERN WORLD INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

19 | v. |

20 | PROFESSIONAL COLLECTION CONSULTANTS, |

21 | | Date:  March 21, 2016
Time: 10:00 a.m.

22 | Defendant. | Ctrm: 1600
Judge: Hon. Michael W. Fitzgerald

23 | | Trial Date: November 15, 2016
Complaint Filed: March 30, 2015

24 | | Discovery Cut-Off: July 8, 2016

25 |

26 |

27 |

28 |

-1-
DECLARATION OF DAVID W. WIECHERT Case No. 2:15-cv-02342 MWF (VBKx)

1

**DECLARATION OF DAVID W. WIECHERT**

2    I, David W. Wiechert, declare as follows:

3    1. I am an attorney licensed to practice before all courts in the State of

4 California and the United States District Court for the Central District of California,

5 and my practice, the Law Offices of David W. Wiechert, has been associated in as co-

6 counsel for Defendant Professional Collection Consultants ("PCC"). The following is

7 based on my personal knowledge and if called as a witness, I could and would testify

8 competently thereto.

9    2. A true and correct copy of PCC's Notice of Deposition of Person(s) Most

10 Qualified of Plaintiff Western World Insurance Company ("Western World") and

11 Requests for Production of Documents, is attached hereto as Exhibit "A."  This was

12 served on counsel for Western World or about February 10, 2016.  As can be seen

13 from Exhibit "A" many of the proposed topics of inquiry at the deposition and

14 document production requests are calculated to lead to the discovery of relevant

15 evidence pertinent to the issues raised in Western World's Motion for Summary

16 Judgment.

17    3. A true and correct copy of the case deadlines, Docket No. 20-1, is attached

18 hereto as Exhibit "B."

19    4.  On February 18, 2016 David Evans ("Evans"), counsel for Western World

20 sent me an email and attachment enclosing the documents provided by Western World

21 to PCC pursuant to Rule 26.  The documents do not contain, inter alia, underwriting

22 policies or guidelines relevant to Western World's evaluation of PCC's February 7,

23 2014 application (the "Application"), or relevant to the issuance of the Western World

24 Policy to PCC. A true and correct copy of the email is attached hereto as Exhibit "C."

25    5.  On February 23, 2016 I emailed Evans about the status of the deposition.

26 Evans replied by email that he had provided the documents in Western World's initial

27 disclosures and I responded by email that those documents didn't encompass the

28

1   documents sought in the discovery requests.  A true and correct copy of these emails

2   are attached hereto as Exhibit "D."

3          6. On February 24, 2016 I received a letter from David Evans, counsel for

4   Western World, a true and correct copy of which is attached here to as Exhibit "E".

5   That same day I responded by email, a true and correct copy of which is attached

6   hereto as Exhibit "F," and I telephonically met and conferred with Dave Evans about

7   the letter.  I stated that I had not received the objections referenced therein but that I

8   assumed that Evans was asserting that the request for documents required thirty days

9   notice.  I further stated that the notice period for a PMQ deposition under Rule 30 was

10  satisfied by over three weeks notice and therefore Western World's cancellation of the

11  deposition was not well taken and that we would move to compel if Western World

12  did not provide knowledgeable witnesses on March 3, 2016.  Finally I stated that it

13  was in Western World's interest to voluntarily produce the requested records since

14  PCC needed the information to respond to Western World's Motion for Summary

15  Judgment, and one of the bases for PCC's opposition to the motion was that discovery

16  was incomplete.  Evans stated he would consult with his client about attendance at the

17  deposition and get back to me by February 26, 2016.  I have not heard back from

18  Evans.

19         7.  Given the time and cost associated with putting together a motion to compel,

20  and the fact that it would take as much time to get decided as it would take to set new

21  discovery dates, PCC has decided to propound document production requests due in

22  early April to be followed by a PMK deposition noticed for April 20, 2016.  This is

23  still many weeks before the current discovery cutoff.  A true and correct copy of

24  PCC's request for production of documents to Western World to be served on

25  February 29, 2016, is attached hereto as Exhibit "G."

26         8. A true and correct copy of PCC's revised PMK deposition notice for April

27  20, 2016, to be served on February 29, 2016, is attached hereto as Exhibit "H."

28

DECLARATION OF DAVID W. WIECHERT Case No. 2:15-cv-02342 MWF (VBKx)

1        I declare under penalty of perjury under the laws of the United States that the

2  foregoing is true and correct.  Executed, in San Clemente, California on February 29,

3  2016.

4                          *S/David W. Wiechert*_____

5                          DAVID W. WIECHERT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

DECLARATION OF DAVID W. WIECHERT Case No. 2:15-cv-02342 MWF (VBKx)