LAW OFFICES OF CLARK GAREN
CLARK GAREN (Cal. Bar No. 50564)
RACHEL ZWERNEMANN (Cal. Bar No. 286515)
6700 South Centinela, Third Floor
Culver City, CA  90230
Telephone: (310) 391-0800
Facsimile: (310) 636-4771
Email: clarkgaren@msn.com
Email: Need Rachel's email

LAW OFFICE OF DAVID W. WIECHERT
DAVID WIECHERT (Cal. Bar No. 94607)
JESSICA C. MUNK (Cal. Bar No. 238832)
115 Avenida Miramar
San Clemente, California  92672
Telephone:(949) 361-2822
Facsimile: (949) 496-6753
Email: dwiechert@aol.com
Email: jessica@davidwiechertlaw.com

Attorneys for Defendant,
Professional Collection Consultants

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>PROFESSIONAL COLLECTION CONSULTANTS,<br><br>            Defendant. | Case No. 2:15-cv-02342 MWF (VBKx)<br><br>**NOTICE OF LODGING OF AUTHORITIES IN OPPOSITION TO WESTERN WORLD INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  March 21, 2016<br>Time: 10:00 a.m.<br>Ctrm: 1600<br>Judge: Hon. Michael W. Fitzgerald<br><br>Trial Date: November 15, 2016<br>Complaint Filed: March 30, 2015<br>Discovery Cut-Off: July 8, 2016 |

-1-
NOTICE OF LODGING - Case No. 2:15-cv-02342 MWF (VBKx)

For the convenience of the Court, Defendant Professional Collection Consultants hereby lodges copies of the following unpublished federal cases and published non-California state cases in opposition to Plaintiff Western World's Motion for Summary Judgment:

  A. *Carolina Cas. Ins. Co. v. Draper & Goldberg, P.L.L.C.*, 138 F. App'x 542, 549 (4th Cir. 2005)

  B. *Vella v. Equitable Life Assur. Soc. of U.S.*, 887 F.2d 388, 393 (2d Cir. 1989)

  C. *Certain Underwriters at Lloyd's, London v. Abbott Labs.*, 16 N.E.3d 747, 758 (IL. App. (1st) 2014).

  D. *Gaskins v. General Ins. Co. of Fl.*, 397 So. 2d 729 (Fla. 1st D.C.A. 1981)

Dated: February 29, 2014         LAW OFFICE OF DAVID W. WIECHERT

                                 *S/David W. Wiechert*

                                 DAVID W. WIECHERT
                                 JESSICA C. MUNK
                                 Attorneys for Defendant,
                                 Professional Collections Consultants