James L. Wraith, State Bar No. 112234
E-mail: jwraith@selvinwraith.com
David A. Evans, State Bar No. 181854
E-mail: devans@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976

Attorneys for Plaintiff
Western World Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>PROFESSIONAL COLLECTION CONSULTANTS,<br><br>　　Defendant. | CASE NO. 2:15-cv-02342 MWF (VBKx)<br><br>**DECLARATION OF DAVID A. EVANS IN SUPPORT OF WESTERN WORLD INSURANCE COMPANY'S REPLY BRIEF RE MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　March 21, 2016<br>Time:　　10:00 a.m.<br>Ctrm.:　　1600<br>Judge:　　Hon. Michael W. Fitzgerald<br><br>Trial Date: November 15, 2016<br>Complaint Filed: March 30, 201 |

　　I, David A. Evans, declare,

　　1.　　I am an attorney licensed to practice before all courts in the State of California and the United States District Court for the Central District of California, and am a partner with the law firm of Selvin Wraith Halman LLP, counsel of record for Plaintiff Western World Insurance Company ("Western World"). The following is based on my personal knowledge and if called as a witness, I could and would testify competently thereto.

1

**DECLARATION OF DAVID A. EVANS CASE NO. 2:15-cv-02342 MWF (VBKx)**

2. Western World filed its complaint in this matter on March 30, 2015. See Document 1 of this matter; Western World's Request for Judicial Notice filed with Western World's Motion for Summary Judgment, Paragraph 3.

3. On February 10, 2016, Professional Collection Consultants ("PCC") served, a document entitled "Notice of Deposition of Person(s) Most Qualified of Plaintiff Western World Insurance Company and Requests for Production of Documents" ("Deposition Notice"), for a deposition scheduled to occur on March 3, 2016. See Declaration of David W Wiechert in Opposition to Western World Insurance Company's Motion for Summary Judgment, Paragraph 2, Exhibit A attached thereto.

4. Western World objected to the Deposition Notice as lacking the required 30 day notice due to the request for documents; PCC abandoned the Deposition Notice and has since issued a new notice for a deposition to occur on April 20, 2016.

5. Prior to PCC's service of the Deposition Notice on February 10, 2016, PCC had not served any discovery requests to Western World throughout the duration of the litigation, including interrogatories, requests for production, requests for admissions or depositions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed March 7, 2016, at Oakland, California.

By:    /s/ David A. Evans
       David A. Evans

192157

2
**DECLARATION OF DAVID A. EVANS CASE NO. 2:15-cv-02342 MWF (VBKx)**