LAW OFFICE OF DAVID W. WIECHERT
David W. Wiechert, SBN 94607
Jessica C. Munk, SBN 238832
115 Avenida Miramar
San Clemente, CA 92672

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY<br><br>PLAINTIFF(S)<br>v.<br>PROFESSIONAL COLLECTION CONSULTANTS<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:15-cv-02342 MWF (VBKx)<br><br>**NOTICE OF MANUAL FILING**<br>**OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1) UNDER SEAL Declaration of David W. Wiechert Regarding Western World Insurance Motion for Summary Judgment (Filed Under Seal)

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 14, 2016
Date

David W. Wiechert
Attorney Name

Professional Collection Consultants
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

## CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 115 Avenida Miramar, San Clemente, California 92672, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On March 14, 2016, I served the forgoing documents, described as **NOTICE OF MANUAL FILING** on all interested parties as follows:

[ ]   **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2016, at San Clemente, California.

*Danielle Dragotta*
Danielle Dragotta