LAW OFFICES OF CLARK GAREN
CLARK GAREN (Cal. Bar No. 50564)
RACHEL ZWERNEMANN (Cal. Bar No. 286515)
6700 South Centinela, Third Floor
Culver City, CA  90230
Telephone: (310) 391-0800
Facsimile: (310) 636-4771
Email: clarkgaren@msn.com
Email: rzwernemann@pcc-crs.com

LAW OFFICE OF DAVID W. WIECHERT
DAVID WIECHERT (Cal. Bar No. 94607)
JESSICA C. MUNK (Cal. Bar No. 238832)
115 Avenida Miramar
San Clemente, California  92672
Telephone:(949) 361-2822
Facsimile: (949) 496-6753
Email: dwiechert@aol.com
Email: jessica@davidwiechertlaw.com

Attorneys for Defendant,
Professional Collection Consultants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY, | Case No. 2:15-cv-02342 MWF (VBKx) |
| Plaintiff, | **DEFENDANT PROFESSIONAL COLLECTION CONSULTANTS APPLICATION TO SEAL DOCUMENT;[PROPOSED] ORDER** |
| v. | Date:  March 21, 2016<br>Time: 10:00 a.m.<br>Ctrm: 1600 |
| PROFESSIONAL COLLECTION CONSULTANTS, | |
| Defendant. | Judge: Hon. Michael W. Fitzgerald<br>Trial Date: November 15, 2016<br>Complaint Filed: March 30, 2015 |

**DEFENDANT PROFESSIONAL COLLECTION CONSULTANTS NOTICE AND
APPLICATION TO SEAL DOCUMENT**

TO THE HONORABLE COURT AND PLAINTIFF WESTERN WORLD INSURANCE COMPANY:

Defendant PROFESSIONAL COLLECTION CONSULTANTS, by and through his counsel, hereby applies to this Court for an Order sealing the Declaration of David W. Wiechert Regarding Western World Insurance Company's Motion for Summary Judgment (Filed Under Seal) because it contains personal and confidential information concerning Defendant. *See* L.Cr.R. 32-3.5.

Respectfully Submitted:

Date: March 14, 2016                     By: _____
                                              David W. Wiechert
                                              Jessica C. Munk
                                              Attorneys for Defendant
                                              Professional Collection Consultants

**DEFENDANT PROFESSIONAL COLLECTION CONSULTANTS NOTICE AND APPLICATION TO SEAL DOCUMENT**

## CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 115 Avenida Miramar, San Clemente, California 92672, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On March 14, 2016, I served the forgoing documents, described as **DEFENDANT PROFESSIONAL CONSULTANTS APPLICATION TO SEAL DOCUMENT; [PROPOSED] ORDER** on all interested parties as follows:

## SEE ATTACHED SERVICE LIST

[ ] **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X] **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2016, at San Clemente, California.

Danielle Dragotta

1

**SERVICE LIST**

2

3  David A. Evans
   James L. Wraith
   SELVIN WRAITH HALMAN LLP
4  505 14th Street, Suite 1200
   Oakland, CA 94612

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 115 Avenida Miramar, San Clemente, California 92672, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On March 14, 2016, I served the forgoing documents, described as **DEFENDANT PROFESSIONAL CONSULTANTS APPLICATION TO SEAL DOCUMENT; [PROPOSED] ORDER** on all interested parties as follows:

[ ]    **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Clemente, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]    **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2016, at San Clemente, California.

_Danielle Dragotta_
Danielle Dragotta