UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-2342-MWF(VBKx)**                     Dated: **March 21, 2016**

Title:     Western World Insurance Company -*v*- Professional Collection Consultants

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Naren L. Jansen |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

| | |
|---|---|
| James L. Wraith | Clark Garen |
| | David W. Weichert |

PROCEEDINGS:          **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO RECISSION [23]**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance.   The Court hears oral argument from counsel and takes the matter under submission.   An order will issue.

Initials of Deputy Clerk   rs