**EXHIBIT "F"**

| WWIC FEES/COSTS & SETTLEMENT | | | |
|---|---|---|---|
| Description | Amount | 10% Interest | Total |
| Hudson Fees | $45,292.34 | $9,397.81 | $54,690.15 |
| Hudson Costs | $20,814.70 | $4,501.69 | $25,316.39 |
| Pole Fees | $35.00 | $6.75 | $41.75 |
| **Subtotal** | **$66,142.04** | **$13,906.25** | **$80,048.29** |
| Hudson Settlement | $150,000.00 | $32,301.37 | $182,301.37 |
| **TOTAL EXPENDITURES** | **$216,142.04** | **$46,207.62** | **$262,349.66** |
| Insurance Premium | ($14,240.57) | | ($14,240.57) |
| **TOTAL** | **$201,901.47** | **$46,207.62** | **$248,109.09** |

| | | | HUDSON FEES | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Underlying Case** | **Invoice Date** | **Invoice #** | **Amt.** | **MSJ Filing Date** | **# of Days of Interest (Invoice Date to MSJ Date)** | **10% Simple Interest (Invoice Date to MSJ Date)** | **TOTAL** | **NOTE** |
| Hudson | 08/26/14 | 343324 | $1,012.50 | 4/30/2018 | | | | Paid under retention by PCC |
| Hudson | 11/21/14 | 349302 | $4,078.50 | | | | | Paid under retention by PCC |
| Hudson | 02/19/15 | 354221 | ($11,995.50) | | | | | Paid under retention by PCC |
| Hudson | 02/19/15 | 354221 | $199.50 | | | | | Paid under retention by PCC |
| Hudson | 05/31/15 | 360233 | $10,184.84 | | | | | Paid under retention by PCC |
| Hudson | 06/30/15 | 361848 | $1,238.88 | | | | | Paid under retention by PCC |
| Hudson | 07/31/15 | 363915 | $750.40 | | | | | Paid under retention by PCC |
| Hudson | 08/31/15 | 365951 | $8,753.16 | | | | | Paid under retention by PCC |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Hudson | 09/23/15 | 367398 | $539.70 | | | | | Paid under retention by PCC |
| Hudson | 09/23/15 | 367397 | $3,148.81 | | | | | Paid under retention by PCC |
| Hudson | 12/30/15 | 373893 | $12,077.81 | | | | | Paid under retention by PCC |
| Hudson | 03/31/16 | 379449 | $37,035.66 | | 760 | $7,711.53 | $44,747.19 | |
| Hudson | 03/31/16 | 379449 | $1,499.50 | | 760 | $312.22 | $1,811.72 | |
| Hudson | 04/07/16 | 379504 | $6,286.35 | | 753 | $1,296.88 | $7,583.23 | |
| Hudson | 06/07/16 | 383475 | $38.02 | | 692 | $7.21 | $45.23 | |
| Hudson | 09/17/16 | 389983 | $432.81 | | 590 | $69.96 | $502.77 | |
| TOTAL | | | $45,292.34 | | | $9,397.81 | $54,690.15 | |

**HUDSON COSTS**

| Case | Vendor | Invoice Date | Invoice # | Amount | MSJ Filing Date | # of Days of Interest (Invoice Date to MSJ Date) | 10% Simple Interest (Invoice Date to MSJ Date) | TOTAL Owed (10% Interest) |
|---|---|---|---|---|---|---|---|---|
| Hudson | ADR Services | 02/22/16 | 16-1352-ER-01 | $8,440.00 | 4/30/2018 | 798 | $1,845.24 | $10,285.24 |
| Hudson | Veritext | 02/25/16 | 2561130 | $4,476.90 | | 795 | $975.11 | $5,452.01 |
| Hudson | Coast Rehabilitation Services | 03/08/16 | 13951 | $2,041.00 | | 783 | $437.84 | $2,478.84 |
| Hudson | Veritext | 03/11/16 | 2575272 | $3,457.70 | | 780 | $738.91 | $4,196.61 |
| Hudson | Veritext | 03/21/16 | 2582186 | $1,712.10 | | 770 | $361.18 | $2,073.28 |
| Hudson | Hines Reporting | 03/29/16 | 242279 | $687.00 | | 762 | $143.42 | $830.42 |
| TOTAL | | | | $20,814.70 | | | $4,501.69 | $25,316.39 |

| POLE FEES | | | | | | | |
|---|---|---|---|---|---|---|---|
| Underlying Case | Invoice Date | Invoice # | Amt. | MSJ Filing Date | # of Days of Interest (Invoice Date to MSJ Date) | 10% Simple Interest (Invoice Date to MSJ Date) | TOTAL (10% Interest) |
| Pole | 5/26/2016 | 832967 | $35.00 | 4/30/2018 | 704 | $6.75 | $41.75 |
| TOTAL | | | $35.00 | | | | $41.75 |

| HUDSON SETTLEMENT | | | | | |
|---|---|---|---|---|---|
| Settlement Date | Amt. | MSJ Date | # Days of Interest to MSJ | 10% Simple Interest | Total 10% Interest |
| 3/5/2016 | $150,000.00 | 4/30/2018 | 786 | $32,301.37 | $182,301.37 |