**EXHIBIT "H"**

| STOCK COMPANY | COMMERCIAL LINES POLICY | |
|---|---|---|
| **Western World INSURANCE GROUP** | POLICY NUMBER: **BRL8000034** | |
| | Prior Policy Number: **NEW** | |
| [X] WESTERN WORLD INSURANCE COMPANY | [ ] TUDOR INSURANCE COMPANY | [ ] STRATFORD INSURANCE COMPANY |

**COMMON POLICY DECLARATIONS**  Agent/Broker #16104

**Named Insured and Mailing Address:**
Professional Collection Consultants

6700 S. Centinela Blvd. 3rd floor

Culver City, CA 90230

**Producer:**
U.S. Risk Pro
1551 N Tustin Ave

Santa Ana, CA 92705

**Policy Period: (Mo./Day/Yr.)**
From: 02/17/2014   To: 02/17/2015   12:01 AM, standard time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGES FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | | |
|---|---|---|
| | Commercial Property Coverage Part | $ NOT COVERED |
| | Commercial General Liability Coverage Part | $ NOT COVERED |
| | Commercial Auto Coverage Part | $ NOT COVERED |
| | Directors and Officers Coverage Part | $ 13,799.00 |
| | | $ |
| | | $ |
| Other Coverages: | Terrorism Risk Insurance Act | $ INCLUDED |
| | | $ |
| | | $ |
| | | $ |
| | TOTAL ADVANCE PREMIUM | $ 13,799.00 |
| | SL Tax | $ 413.97 |
| | SL Stamping Fee | $ 27.60 |
| | | $ |
| Forms and endorsements applying to this policy and attached at time of issue: | | $ |
| | | $ |
| See Applicable Schedule Of Forms And Endorsements | | $ |
| | **GRAND TOTAL** | **$ 14,240.57** |

Page 1 of 2
COMPANY

WW230 (06/11)

## COMMON POLICY DECLARATIONS (continued)

**POLICY NUMBER: BRL8000034**

The Named Insured Is:
- [ ] Individual
- [ ] Partnership
- [ ] Limited Liability Company
- [X] Organization/Corporation
- [ ] Trust
- [ ] Other _____

**Location of Business:**
6700 S. Centinela Blvd, 3rd floor
CULVER CITY, CA 90230

**Business Description:**
FOR PROFIT ENTITY

THESE DECLARATIONS TOGETHER WITH THE COVERAGE PART DECLARATIONS, THE COMMON POLICY CONDITIONS, COVERAGE FORM(S), AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

## WESTERN WORLD INSURANCE GROUP

Western World Insurance Company
Tudor Insurance Company
Stratford Insurance Company

Administrative Office
400 Parson's Pond Drive
Franklin Lakes, New Jersey 07417-2600

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_[signature]_
Secretary

_[signature]_
President

**Countersigned:**
03/10/2014   RENTKOGR

By _____
Authorized Representative

SMP DEC - EXHIBIT H
Page 000271

## SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER: BRL8000034 | NAMED INSURED Professional Collection Consultants |
|---|---|

Form/Endorsement No./Edition Date        Title   (Note- Titles are indications only. See actual form for correct name.)

```
WW230(08_11)        COMMON POLICY DECLARATIONS
WW22(02_13)         SERVICE OF SUIT
IL0017(11_98)       COMMON POLICY CONDITIONS
D-2(07_11)          CALIFORNIA NOTICE
WWCA01(12_11)       CALIFORNIA DISCLOSURE NOTICE PREMIUM REFUND
DEL02(10_11)        DIRECTORS OFFICERS INSURED ENTITY DECLARATIONS
DEL01(02_12)        DIRECTORS OFFICERS INSURED ENTITY COVERAGE FORM
DEL16(01_11)        PAYMENT OF DEFENSE COSTS REDUCES LIMITS OF INSURANCE
DEL17(03_10)        ASBESTOS EXCLUSION
DEL19(03_10)        POLICYHOLDER DISCLOSURE NOTICE OF TERRORISM INS CVG
DEL56(07_12)        BACKDATED PENDING AND PRIOR LITIGATION EXCLUSION
DEL74(10_11)        SHARED LIMITS ENDORSEMENT
DEL76(10_11)        PRIVATE COMPANY LIMITATION ENDORSEMENT
DEL88(10_11)        RELIANCE UPON ANOTHER'S APPLICATION ENDORSEMENT
DEL94(07_12)        EXTENDED REPORTING PERIOD ENDORSEMENT
DEL98(06_13)        SETTLEMENT AMENDATORY ENDORSEMENT
DEL100(08_13)       PENSION TRUST LIABILITY EXTENSION SHARED LIMIT
DEL102(08_13)       CRISIS MANAGEMENT ENDORSEMENT
```

**ADDITIONAL FORMS AND ENDORSEMENTS**

COMPANY

# DIRECTORS, OFFICERS, INSURED ENTITY AND EMPLOYMENT PRACTICES INSURANCE COVERAGE PART

## THIS IS A CLAIMS MADE AND REPORTED COVERAGE

### DECLARATIONS

**POLICY NUMBER:** BRL8000034

**Policy Period:** (Mo./Day/Yr.)

From: 02/17/2014   To: 02/17/2015   12:01 AM, standard time

### COVERAGE A. DIRECTORS AND OFFICERS LIABILITY INSURANCE

| | |
|---|---|
| **ITEM 1. LIMIT OF INSURANCE** | |
| Aggregate Limit | $ 1,000,000 |
| **ITEM 2. RETENTION (EACH CLAIM)** | $ 15,000 |
| **ITEM 3. PREMIUM FOR COVERAGE A.** | $ 13,799.00 |

IF THERE IS NO LIMIT OF INSURANCE SHOWN FOR ITEM 1., THIS POLICY DOES NOT INCLUDE COVERAGE A. DIRECTORS AND OFFICERS LIABILITY INSURANCE.

### COVERAGE B. EMPLOYMENT PRACTICES LIABILITY INSURANCE

| | |
|---|---|
| **ITEM 4. LIMIT OF INSURANCE** | |
| Aggregate Limit | $ 1,000,000 |
| **ITEM 5. RETENTION (EACH CLAIM)** | $ 50,000 |
| **ITEM 6. PREMIUM FOR COVERAGE B.** | $ 0.00 |

IF THERE IS NO LIMIT OF INSURANCE SHOWN FOR ITEM 4., THIS POLICY DOES NOT INCLUDE COVERAGE B. EMPLOYMENT PRACTICES LIABILITY INSURANCE.

### TOTAL COVERAGE PART PREMIUM

| | |
|---|---|
| Terrorism Risk Insurance Act of 2002 Premium | $ 0 |
| **ITEM 7. TOTAL COVERAGE PART PREMIUM** | $ 13,799.00 |

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this Coverage Part and made part of the Policy at time of issue:

**SEE SCHEDULE OF FORMS AND ENDORSEMENTS AND THE INSURED'S APPLICATION FOR THIS INSURANCE.**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

DEL 02 (10/11)