LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV 15-02342-MWF (VBKx) | Date | July 2, 2018 |
| Title | Western World Insurance Company v. Professional Collection Consultants | | |

Present: The Honorable **MICHAEL W. FITZGERALD, United States District Judge**

| Renee A. Fisher | Amy Diaz | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sara M Parker | David W Wiechert |

**Proceedings:** MOTION HEARING (Non-Evidentiary) (Held & Completed)

MOTION FOR PARTIAL SUMARY JUDGMENT [61]

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

**IT IS SO ORDERED.**